1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>        Plaintiffs,<br>v.<br><br>JOSEPH FRANCIS POWELL, individually and dba POWELL DRILLING & PILE DRIVING,<br><br>        Defendants. | Case No.: C07-5191 WDB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>                    **and**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 15, 2007                    Respectfully submitted,
                                           SALTZMAN & JOHNSON LAW CORPORATION


                                           _____/s/_____
                                           Michele R. Stafford
                                           Attorneys for Plaintiffs

-1-
**DECLINATION – MAGISTRATE JUDGE**
**Case No.: C07-5191 WDB**

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On October 15, 2007, I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE and REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Joseph Francis Powell**
> **dba Powell Drilling & Pile Driving**
> **299 Wabash Avenue**
> **San Jose, California 95128**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 15th day of October, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-2-
**DECLINATION – MAGISTRATE JUDGE**
**Case No.: C07-5191 WDB**

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\C07-5191 WDB Magistrate Declination 101207.DOC