UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.,

       Plaintiffs,

  v.

JOSEPH FRANCIS POWELL, et al.

       Defendants.
_____/

No. C 07-5191 WDB

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

     The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for January 16, 2008, at 4:00 p.m. is vacated.

Dated: October 15, 2007

                                  Richard W. Wieking, Clerk
                                  United States District Court

                                  *Sarah Weinstein*

                                  By: SarahWeinstein
                                      Law Clerk

Copies to:
     All parties
     WDB
     Stats

N:\FORMS\impending reassignment clerks notice.wpd