Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>    Plaintiffs,<br>v.<br><br>JOSEPH FRANCIS POWELL, individually and dba POWELL DRILLING & PILE DRIVING,<br><br>    Defendants. | Case No.: C07-5191 MJJ<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On October 18, 2007, I served the following document(s):

**CLERK'S NOTICE SCHEDULING
CASE MANAGEMENT CONFERENCE ON REASSIGNMENT**

on the interested parties in said action by placing a true and exact copy of each document in a

-1-
**PROOF OF SERVICE
Case No.: C07-5191MJJ**

1 sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
2 Francisco, California, addressed as follows:

> **Joseph Francis Powell**
> **dba Powell Drilling & Pile Driving**
> **299 Wabash Avenue**
> **San Jose, California 95128**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 18th day of October, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega