Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>　　　Plaintiffs,<br>v.<br><br>JOSEPH FRANCIS POWELL, individually and dba POWELL DRILLING & PILE DRIVING,<br><br>　　　Defendants. | Case No.: C07-5191 MJJ<br><br>**PROOF OF SERVICE ON SUMMONS** |

///
///
///
///
///
///
///
///
///

**PROOF OF SERVICE ON SUMMONS**
**Case No.: C07-5191MJJ**

| ATTORNEY NAME<br>Michele Stafford, Esq.<br>Saltzman & Johnson Law Corp.<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | TELEPHONE NO.<br>(415) 882-7900 | |
|---|---|---|
| ATTORNEY FOR **PLAINTIFFS** | | |
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| SHORT NAME OF CASE<br>Operating Engineers Health and Welfare Trust Fund for Northern California, et al. vs. Joseph Francis Powell, et al. | | |
| PROOF OF SERVICE | DATE: TIME: DEPT/DIV: | CASE NUMBER:<br>C 07 5191 WDB |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: Summons, Complaint, Dispute Resolution Procedures in the Northern District of California, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orders, Instructions for Completion of ADR Forms Regarding Selection of an ADR Process, Stipulation and [Proposed Order] Selecting ADR Process, Notice of Need for ADR Phone Conference, ADR Certification by Parties and Counsel, Notice of Assignment of Case to a United States Magistrate Judge, Consent to Proceed before a United States Magistrate Judge, Declination to Proceed before a Magistrate Judge, ECF Registration Information Handout, and Welcome to the United States District Court, San Francisco.

**Name: Joseph Francis Powell individually and
dba Powell Drilling & Pile Driving**

**Date of Delivery:** 10/24/07
**Time of Delivery:** 9:30 a.m.

**Place of Service:** 299 Wabash Avenue
San Jose, CA 95128

**Manner of Service:** Substituted Service – by handing documents to Mark Powell, son of Joseph Powell and employee of Powell Drilling and person authorized to accept service for Joseph Francis Powell, and thereafter mailing from San Francisco via first class mail, postage prepaid.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 25th, 2007 in San Francisco, CA.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

Signature:
Name: Paul Holt
Title: RPS, San Francisco #727

**PROOF OF SERVICE**

| ATTORNEY NAME<br>MURIEL B. KAPLAN (SBN 124607)<br>MICHELE R. STAFFORD (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105<br><br>ATTORNEY FOR **Plaintiffs** | TELEPHONE NO.<br>(415) 882-7900 | | | |
|---|---|---|---|---|
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | | |
| SHORT NAME OF CASE<br>Operating Engineers Health and Welfare Trust Fund for Northern California, et al. vs. Joseph Francis Powell, et al. | | | | |
| **DECLARATION RE DILIGENCE TO EFFECT PERSONAL SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 5191 WDB |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action. I received the within process on October 11th, 2007 and that after due and diligent effort, I have been unable to effect personal service on the within named: **Joseph Francis Powell dba Powell Drilling & Pile Driving.**

**Residence Address: 299 Wabash Avenue**
**San Jose, CA 95128**

**Dates and Times Attempted:** 10/17/07 at 12:20 p.m. – There was no answer at the door. I knocked repeatedly and waited for 25 minutes. –D.S.
10/23/07 at 7:30 p.m. – There was no answer at the door and the lights were off. –P.H.
10/24/07 at 9:30 a.m. – Mark Powell, son of Joseph Powell and employee of Powell Drilling & Pile Driving, answered the door. I subserved the documents to him. –P.H.

**Theresa's Messenger Service**
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
On: October 25th, 2007
At: San Francisco, California
Signature _____
Name: David Sprenzel
Title: RPS, San Francisco County #1024

Signature _____
Name: Paul Holt
Title: RPS, San Francisco County #727

**DECLARATION RE DILIGENCE TO EFFECT PERSONAL SERVICE**