Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JOSEPH FRANCIS POWELL, individually and dba POWELL DRILLING & PILE DRIVING,<br><br>　　　　Defendants. | Case No.: C07-5191MJJ<br><br>**REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF MURIEL B. KAPLAN IN SUPPORT** |

**TO THE CLERK:**

Please enter the default of defendants JOSEPH FRANCIS POWELL, individually and dba POWELL DRILLING & PILE DRIVING, on the Complaint in the above-entitled action. This request is based on the fact that defendants have failed to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense or other appearance has run.

The Proof of Service on defendants Joseph Francis Powell dba Powell Drilling & Pile Driving was electronically filed with this Court on October 25, 2007.

-1-
**REQUEST FOR ENTRY OF DEFAULT**
**Case No.: C07-5191 MJJ**

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\C07-5191 MJJ Request for Entry of Default 121807.DOC

1 | No Answer or other response to the Complaint has been filed.

2 | I declare under penalty of perjury that I am the attorney for the plaintiffs in the above

3 | entitled action, and that the foregoing is true of my own knowledge.

4 | Executed this 18th day of December, 2007, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By:_____/s/_____
    Muriel B. Kaplan
    Attorneys for Plaintiffs

IT IS SO ORDERED.

Date: _____     _____
                                   MARTIN J. JENKINS
                                   UNITED STATES DISTRICT COURT JUDGE

-2-
**REQUEST FOR ENTRY OF DEFAULT**
**Case No.: C07-5191 MJJ**

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On December 18, 2007, I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT;**
**DECLARATION OF MURIEL B. KAPLAN IN SUPPORT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> Joseph Francis Powell
> dba Powell Drilling & Pile Driving
> 299 Wabash Avenue
> San Jose, California 95128

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 18th day of December, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**REQUEST FOR ENTRY OF DEFAULT**
**Case No.: C07-5191 MJJ**

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\C07-5191 MJJ Request for Entry of Default 121807.DOC