**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                   General Court Number
Clerk                                                                                                          415.522.2000

December 21, 2007

RE:  CV 07-05191 MJJ          Crosthwaite-v- Powell


Default is **entered** as to defendant Joseph Frances Powell on December 21, 2007.



RICHARD W. WIEKING, Clerk

by  Sheila Rash
Case Systems Administrator




NDC TR-4  Rev. 3/89