1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                      UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | GIL CROSTHWAITE, et al., in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al., | Case No.: C07-5191 MJJ
   |   | **PROOF OF SERVICE**
13 |   |
14 |   |
15 | Plaintiffs, |
   | v. |
16 | JOSEPH FRANCIS POWELL, individually and dba POWELL DRILLING & PILE DRIVING, |
17 |   |
18 | Defendants. |

19

20  I, the undersigned, declare:

21      I am a citizen of the United States and am employed in the County of San Francisco, State

22  of California. I am over the age of eighteen and not a party to this action. My business address is

23  120 Howard Street, Suite 520, San Francisco, California 94105.

24      On December 21, 2007, I served the following document(s):

25

26                      **CLERK'S NOTICE OF DEFAULT ENTRY**

27  on the interested parties in said action by placing a true and exact copy of each document in a

28
                                                                    -1-
                                                          **PROOF OF SERVICE**
                                                          **Case No.: C07-5191 MJJ**

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\C07-5191 MJJ Proof of Service 122107.DOC

sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Joseph Francis Powell**
> **dba Powell Drilling & Pile Driving**
> **299 Wabash Avenue**
> **San Jose, California 95128**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 21st day of December, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-2-
**PROOF OF SERVICE**
**Case No.: C07-5191 MJJ**

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\C07-5191 MJJ Proof of Service 122107.DOC