**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE,

    Plaintiff,

 v.

JOSEPH F. POWELL

    Defendant.
_____/

No. C 07-4950 CRB

**Clerk's Notice**

YOU ARE NOTIFIED THAT the Court has scheduled a case management conference for Friday, March 7, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The case management statement shall be filed on or before February 29, 2008.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: February 20, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy