1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   GIL CROSTHWAITE, et al., as Trustees of the    Case No.: C07-5191 MJJ
12 OPERATING ENGNEERS HEALTH AND
   WELFARE TRUST FUND FOR NORTHERN                **PROOF OF SERVICE**
13 CALIFORNIA; et al.,

14         Plaintiffs,
   v.
15
   JOSEPH FRANCIS POWELL, individually
16 and dba POWELL DRILLING & PILE
   DRIVING,
17
           Defendants.
18

19 I, the undersigned, declare:

20      I am a citizen of the United States and am employed in the County of San Francisco, State

21 of California. I am over the age of eighteen and not a party to this action. My business address is

22 120 Howard Street, Suite 520, San Francisco, California 94105.

23
        On February 20, 2008, I served the following documents:
24
              - CLERK'S NOTICE OF CASE MANAGEMENT CONFERENCE
25     - AMENDED CLERK'S NOTICE OF CASE MANAGEMENT CONFERENCE
                          - REASSIGNMENT ORDER
26
27 on the interested parties in said action by placing a true and exact copy of each document in a

28
                                            PROOF OF SERVICE ON CLERK'S NOTICES
                                                         Case No.: C07-5191MJJ
   P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\C07-5191 MJJ Proof of Service re Clerk's Notice 022008.DOC

sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> Joseph Francis Powell
> dba Powell Drilling & Pile Driving
> 299 Wabash Avenue
> San Jose, California 95128

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 20th day of February, 2008, at San Francisco, California.

                              /s/
                         Andrea Gonzalez

PROOF OF SERVICE ON CLERK'S NOTICES
Case No.: C07-5191MJJ