1    Muriel B. Kaplan, Esq. (SBN 124607)
    Michele R. Stafford, Esq. (SBN 172509)
2    SALTZMAN & JOHNSON LAW CORPORATION
    120 Howard Street, Suite 520
3    San Francisco, CA 94105
    (415) 882-7900
4    (415) 882-9287 – Facsimile
    mkaplan@sjlawcorp.com
5    mstafford@sjlawcorp.com

6    Attorneys for Plaintiffs

7

8                 UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12    GIL CROSTHWAITE, et al. as Trustees of the     Case No.: C07-5191 CRB
    OPERATING ENGNEERS HEALTH AND
    WELFARE TRUST FUND FOR NORTHERN    **REQUEST TO CONTINUE CASE**
13    CALIFORNIA, et al.,                       **MANAGEMENT CONFERENCE**

14        Plaintiffs,

15    v.                                    Date: March 7, 2008
                                      Time: 8:30 a.m.
16    JOSEPH FRANCIS POWELL, individually     Judge: Honorable Charles R. Breyer
    and dba POWELL DRILLING & PILE
17    DRIVING

18        Defendants.

19

20       Plaintiffs hereby request continuance of the Case Management Conference currently set for

21 March 7, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer, as follows, the default of

22 Defendant having been entered on December 21, 2007:

23       1.     Plaintiffs brought this action to compel payments due but unreported to the

24 Plaintiff employee benefit funds, and to compel an audit of defendants' records, to determine

25 compliance with their Collective Bargaining Agreement, as to proper reporting to Plaintiff Trust

26 Funds.

27

28

2.    Defendants thereafter made a partial payment of amounts due, scheduled and complied with an audit by the Trust Funds' auditors, and has represented that "the remaining balance owed to Operating Engineers will be settled in the March billing statement."

3.    An audit report was very recently issued by the auditor for review by the Plaintiffs.   Following that review, the report will be provided to Defendants to review and respond, and to pay the additional amounts found due to Plaintiff Trust Funds.

4.    Plaintiffs will attempt to resolve this matter by stipulation of the parties, as defendants have indicated a willingness to meet their obligations.  In the alternative, Plaintiffs will file their Motion for Default Judgment, which was prepared for filing just prior to Defendants' making the partial payment, and while the audit was in progress.

5.    Plaintiffs therefore request that the Case Management Conference be continued for approximately 60 days to allow for the Plaintiffs' review, and for the Defendants to review and respond to the audit report, for negotiations between the parties to proceed to a stipulation,  or in the alternative,  for Plaintiffs to update and file  their Motion for Default Judgment.

Dated: February 29, 2008                        SALTZMAN AND JOHNSON
                                                LAW CORPORATION


                                        By:    _____/s/_____

                                                Muriel B. Kaplan
                                                Attorneys for Plaintiffs


IT IS SO ORDERED.


        The   currently   set   Case   Management   Conference   is   hereby   continued   to
_____ at _____, and all previously set deadlines and

1   dates related to this case are vacated, to be reset at that Conference.

2

3

4   Date: _____    _____

5                                     United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On February 29, 2008, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Joseph Francis Powell**
> **dba Powell Drilling & Pile Driving**
> **299 Wabash Avenue**
> **San Jose, California 95128**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 29th day of February, 2008, at San Francisco, California.

_____/s/_____
Andrea Gonzalez

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\C07-5191 CRB Request to Continue CMC 022908.DOC

**C07-5191 CRB**
**REQUEST TO CONTINUE CMC**