Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH FRANCIS POWELL, individually and dba POWELL DRILLING & PILE DRIVING<br><br>Defendants. | Case No.: C07-5191 CRB<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: March 7, 2008<br>Time: 8:30 a.m.<br>Judge: Honorable Charles R. Breyer |

Plaintiffs hereby request continuance of the Case Management Conference currently set for March 7, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer, as follows, the default of Defendant having been entered on December 21, 2007:

1. Plaintiffs brought this action to compel payments due but unreported to the Plaintiff employee benefit funds, and to compel an audit of defendants' records, to determine compliance with their Collective Bargaining Agreement, as to proper reporting to Plaintiff Trust Funds.

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\C07-5191 CRB Request to Continue CMC 022908.DOC

2. Defendants thereafter made a partial payment of amounts due, scheduled and complied with an audit by the Trust Funds' auditors, and has represented that "the remaining balance owed to Operating Engineers will be settled in the March billing statement."

3. An audit report was very recently issued by the auditor for review by the Plaintiffs. Following that review, the report will be provided to Defendants to review and respond, and to pay the additional amounts found due to Plaintiff Trust Funds.

4. Plaintiffs will attempt to resolve this matter by stipulation of the parties, as defendants have indicated a willingness to meet their obligations. In the alternative, Plaintiffs will file their Motion for Default Judgment, which was prepared for filing just prior to Defendants' making the partial payment, and while the audit was in progress.

5. Plaintiffs therefore request that the Case Management Conference be continued for approximately 60 days to allow for the Plaintiffs' review, and for the Defendants to review and respond to the audit report, for negotiations between the parties to proceed to a stipulation, or in the alternative, for Plaintiffs to update and file their Motion for Default Judgment.

Dated: February 29, 2008

SALTZMAN AND JOHNSON
LAW CORPORATION

By: _____/s/_____

Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __May 9, 2008__ at __8:30 a.m.__, and all previously set deadlines and

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\C07-5191 CRB Request to Continue CMC 022908.DOC

C07-5191 CRB
REQUEST TO CONTINUE CMC

1  dates related to this case are vacated, to be reset at that Conference.
2
3
4  Date:    March 3, 2008



United States District _____