1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No.: C07-5191 CRB |

**PROOF OF SERVICE**

14        Plaintiffs,

15 v.

16 JOSEPH FRANCIS POWELL, individually
   and dba POWELL DRILLING & PILE
17 DRIVING

18        Defendants.

19

I, the undersigned, declare:

        I am a citizen of the United States and am employed in the County of San Francisco, State

of California.  I am over the age of eighteen and not a party to this action.  My business address is

120 Howard Street, Suite 520, San Francisco, California 94105.

        On March 7, 2008, I served the following document(s):

**ORDER on
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

///
///
///

**PROOF OF SERVICE
C07-5191 CRB**

1   on the interested parties in said action by placing a true and exact copy of each document in a

2   sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

3   Francisco, California, addressed as follows:

4
5           **Joseph Francis Powell**
            **dba Powell Drilling & Pile Driving**
6           **299 Wabash Avenue**
            **San Jose, California 95128**
7
8           I declare under penalty of perjury that the foregoing is true and correct and that this

9   declaration was executed on this 7th day of March, 2008, at San Francisco, California.

10

11                                          _____/s/_____
12                                                  Vanessa de Fábrega

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
**C07-5191 CRB**