1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9                       UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12
   GIL CROSTHWAITE, et al., as Trustees of the       Case No.: C07-5191 CRB
13 OPERATING ENGNEERS HEALTH AND
   WELFARE TRUST FUND FOR NORTHERN            **REQUEST TO CONTINUE CASE**
14 CALIFORNIA, et al.,                        **MANAGEMENT CONFERENCE**

15         Plaintiffs,

16                                            Date:  May 9, 2008
   v.
17                                            Time:  8:30 a.m.

18 JOSEPH FRANCIS POWELL, individually
   and dba POWELL DRILLING & PILE             Courtroom:  8, 19th Floor
19 DRIVING
                                              Judge:  The Honorable Charles R. Breyer
20         Defendants.

21

22         Plaintiffs request a final continuance of the Case Management Conference currently set for

23 May 9, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer to allow Plaintiffs' filing of their

24 Motion for Default Judgment, as follows:

25         1.      Plaintiffs brought this action to compel payments due to the Plaintiff employee

26 benefit funds, and to compel an audit of defendants' records, in order to determine compliance

27 with their Collective Bargaining Agreement as to proper reporting to Plaintiff Trust Funds.

28
                         **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
                                                          **Case No.: C07-5191 CRB**

2.    Default of defendants was entered on December 21, 2007.

3.    Defendants thereafter made a partial payment of amounts due, scheduled and complied with an audit by the Trust Funds' auditors, and then represented that "the remaining balance owed to Operating Engineers will be settled in the March billing statement."

4.    Thereafter, a partial payment was made and the audit report was provided to defendants for review and response.

5.    Plaintiffs, through their Collection Manager, have continued their discussions with Mark Powell, in the attempt to resolve this matter.  Defendant Francis Joseph Powell has not participated or responded to any attempts at resolution.

6.    On Friday, April 18, 2008, I personally spoke by telephone with Mark Powell, who told me he was the manager of the business, and the son of defendant Joseph Francis Powell. He said he wanted to resolve the matter and was willing to pay what was owed.  He agreed to mail certain documents in connection with the audit findings to me, by Monday, April 21, 2008, regarding payments he claimed had been made.  Following our conversation, on April 18, 2008, I sent a fax to Mark Powell confirming our discussion of the documents he would send. Nevertheless, I have received nothing from him in the 10 days since that discussion.

7.    Plaintiffs have attempted to resolve this matter since discussions began.  In the absence of effective action of defendants to meet their obligations, plaintiffs will now move forward with filing a Motion for Default Judgment, which was initially prepared in January 2008, but not filed when settlement was being discussed.

///

///

///

///

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C07-5191 CRB**

8.    Plaintiffs therefore respectfully request that the currently set Case Management Conference be continued for approximately 60 days to allow plaintiffs to update and file their Motion for Default Judgment.

Dated: April 30, 2008                        SALTZMAN AND JOHNSON
                                             LAW CORPORATION


                                By:    _____/s/_____
                                       Muriel B. Kaplan
                                       Attorneys for Plaintiffs




IT IS SO ORDERED.


        The    currently    set    Case    Management    Conference    is    hereby    continued    to
_____ at _____, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.



Date: _____        _____
                                             United States District Court Judge

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C07-5191 CRB

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 30, 2008, I served the following document(s):

**REQUEST TO CONTINUE**
**CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Powell Drilling & Pile Driving** | **Powell Drilling & Pile Driving** |
| **c/o Joseph Francis Powell** | **c/o Mark Powell** |
| **390 Western States Drive** | **390 Western States Drive** |
| **Felton, California 95018** | **Felton, California 95018** |

**Joseph Francis Powell**
**1635 Cedar Haven Way**
**Newport, Tennessee 37821-6974**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 30th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C07-5191 CRB**