Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSEPH FRANCIS POWELL, individually and dba POWELL DRILLING & PILE DRIVING,<br><br>    Defendants. | Case No.: C07-5191 CRB<br><br>**NOTICE OF CHANGE OF ADDRESS** |

NOTICE IS HEREBY GIVEN that, effective May 5, 2008, the law firm of Saltzman & Johnson Law Corporation, will relocate its office. The new address to which copies of all pleadings, notices, and other papers should be sent, **effective May 5, 2008**, is:

> Saltzman & Johnson Law Corporation
> **44 Montgomery Street, Suite 2110**
> **San Francisco, California 94104**
> Tel: 415-882-7900
> Fax: 415-882-9287

-1-
NOTICE OF CHANGE OF ADDRESS
Case No.: C07-5191 CRB

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\C07-5191 CRB Notice of Change of Address 042308.doc

1 | Please note that the telephone and facsimile numbers have not changed.

2 | Dated: April 30, 2008   SALTZMAN & JOHNSON LAW COPORATION

3

4 | _____/s/_____
Muriel B. Kaplan

5 | Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
**NOTICE OF CHANGE OF ADDRESS**
**Case No.: C07-5191 CRB**

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 30, 2008, I served the following documents:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Powell Drilling & Pile Driving**
> **c/o Joseph Francis Powell**
> **390 Western States Drive**
> **Felton, CA 95018**
>
> **Joseph Francis Powell**
> **1635 Cedar Haven Way**
> **Newport, TN 37821-6974**
>
> **Mark Powell**
> **390 Western States Drive**
> **Felton, CA 95018**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 30th day of April 2008, at San Francisco, California.

_____/s/_____
Diana Sage

-3-
NOTICE OF CHANGE OF ADDRESS
Case No.: C07-5191 CRB

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\C07-5191 CRB Notice of Change of Address 042308.doc