Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH FRANCIS POWELL, individually and dba POWELL DRILLING & PILE DRIVING<br><br>Defendants. | Case No.: C07-5191 CRB<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: May 9, 2008<br><br>Time: 8:30 a.m.<br><br>Courtroom: 8, 19th Floor<br><br>Judge: The Honorable Charles R. Breyer |

Plaintiffs request a final continuance of the Case Management Conference currently set for May 9, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer to allow Plaintiffs' filing of their Motion for Default Judgment, as follows:

1. Plaintiffs brought this action to compel payments due to the Plaintiff employee benefit funds, and to compel an audit of defendants' records, in order to determine compliance with their Collective Bargaining Agreement as to proper reporting to Plaintiff Trust Funds.

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C07-5191 CRB**

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\C07-5191 CRB Request to Continue CMC 043008.DOC

2.   Default of defendants was entered on December 21, 2007.

3.   Defendants thereafter made a partial payment of amounts due, scheduled and complied with an audit by the Trust Funds' auditors, and then represented that "the remaining balance owed to Operating Engineers will be settled in the March billing statement."

4.   Thereafter, a partial payment was made and the audit report was provided to defendants for review and response.

5.   Plaintiffs, through their Collection Manager, have continued their discussions with Mark Powell, in the attempt to resolve this matter. Defendant Francis Joseph Powell has not participated or responded to any attempts at resolution.

6.   On Friday, April 18, 2008, I personally spoke by telephone with Mark Powell, who told me he was the manager of the business, and the son of defendant Joseph Francis Powell. He said he wanted to resolve the matter and was willing to pay what was owed. He agreed to mail certain documents in connection with the audit findings to me, by Monday, April 21, 2008, regarding payments he claimed had been made. Following our conversation, on April 18, 2008, I sent a fax to Mark Powell confirming our discussion of the documents he would send. Nevertheless, I have received nothing from him in the 10 days since that discussion.

7.   Plaintiffs have attempted to resolve this matter since discussions began. In the absence of effective action of defendants to meet their obligations, plaintiffs will now move forward with filing a Motion for Default Judgment, which was initially prepared in January 2008, but not filed when settlement was being discussed.

///

///

///

///

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C07-5191 CRB**

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\C07-5191 CRB Request to Continue CMC 043008.DOC

8. Plaintiffs therefore respectfully request that the currently set Case Management Conference be continued for approximately 60 days to allow plaintiffs to update and file their Motion for Default Judgment.

Dated: April 30, 2008                    SALTZMAN AND JOHNSON
                                         LAW CORPORATION


                                  By:    _____/s/_____
                                         Muriel B. Kaplan
                                         Attorneys for Plaintiffs


IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to _____July 11, 2008_____ at __8:30 a.m._____, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.

Date: _May 02, 2008_____    _____
                                   United States District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C07-5191 CRB**

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\C07-5191 CRB Request to Continue CMC 043008.DOC