Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH FRANCIS POWELL, individually and dba POWELL DRILLING & PILE DRIVING<br><br>Defendants. | Case No.: C07-5191 CRB<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On May 7, 2008, I served the following document(s):

**ORDER on
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

**PROOF OF SERVICE
Case No.: C07-5191 CRB**

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\C07-5191 CRB Proof of Service 050708.DOC

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:
4
5      **Powell Drilling & Pile Driving**    **Powell Drilling & Pile Driving**
    **c/o Joseph Francis Powell**    **c/o Mark Powell**
6      **390 Western States Drive**    **390 Western States Drive**
    **Felton, California 95018**    **Felton, California 95018**
7
8      **Joseph Francis Powell**
    **1635 Cedar Haven Way**
    **Newport, Tennessee 37821-6974**
9
10     I declare under penalty of perjury that the foregoing is true and correct and that this
11 declaration was executed on this 7th day of May, 2008, at San Francisco, California.
12
13
14                                                                       _____/s/_____
                                                                            Vanessa de Fábrega
15
16
17
18
19
20
21
22
23
24
25
26
27
28