# Exhibit A

**DECLARATION OF WAYNE E. McBRIDE
IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

*Crosthwaite, et al. v. Powell Drilling & Pile Driving*
*USDC Case No. C07-5191 CRB*

RECEIVED JAN 25 2000 BY: Contracts

# INDEPENDENT

## Northern California Construction Agreement

Account No. 262221

Contractor's License No. 783-24

Operating Engineers Local Union No. 3 proposes the following collective bargaining agreement to:

**POWELL DRILLING**
Individual Employer (Company Name)

**18379 SOUTHWIND ST**  **VICTORVILLE**  **CA**  **92392**  **760 941 3785**
Address — City — State — Zip — Telephone Number

### SECTION NO. 1 — DEFINITIONS, COVERAGE, RECOGNITION

1. *Union.* The term "Union" as used herein shall mean OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO.
2. *Employee.* The term "Employee" as used herein shall mean any person, without regard to race, color, religion, sex, age, national origin, handicap or disability;
(a) whose work for an Individual Employer in the area covered by this Agreement falls within the recognized jurisdiction of the Union, or
(b) who operates, monitors and controls, maintains, repairs, modifies, assembles, erects, services or each or all of them, power-operated equipment, of the type or kind of power-operated equipment used in the performance of work referred to in (a) above, regardless of whether such power-operated equipment is mechanically, electrically or electronically, hydraulically, automatically or remotely controlled, and
(c) who assists or helps in the operation, maintenance, repairing or assembling, erecting or servicing of such power-operated equipment of the type or kind of equipment used in the performance of work referred to in (a) above, and who qualifies to register in a Job Placement Center, provided that the foregoing shall not apply to superintendents, assistant superintendents, general foremen, foremen, timekeepers, messenger boys, guards, confidential employees, office help, inspectors, and person specifically excluded elsewhere in this Agreement.
3. This Agreement shall cover and apply to all activities of the Individual Employer in the area covered by this Agreement falling within the Union's recognized jurisdiction, including, but not limited by inference or otherwise, to building construction, demolition, site clearing, pipelines, oil or gas refineries (excluding the falling and removal of merchantable timber by the purchaser of the merchantable timber), work covered by Section 13.00.00, Steel Fabricators and Erectors, which work and equipment shall be covered by Section 13.00.00, Steel Fabricators and Erectors, and work covered by Section 14.00.00, Piledriving, which work and equipment shall be covered by Section 14.00.00, Piledriving. It shall also apply to all maintenance, modification and repair work and facilities, on-site or off-site, of the Individual Employer in the area covered by this Agreement, except an off-site repair or maintenance facility with respect to which the Individual Employer is in a bona fide collective bargaining relationship with a labor organization covering such Individual Employer's off-site maintenance and repair facility at the time the Individual Employer becomes a party to, or covered by, this Agreement.
4. This Agreement shall cover and apply to all Employees.
5. *Coverage.* This Agreement shall cover and apply to Northern California, which term means that portion of the State of California above the northerly boundary of Kern County, the northerly boundary of San Luis Obispo County, and the westerly boundaries of Inyo and Mono Counties.
6. Because employees in the construction industry frequently work for many different Individual Employers in the course of any given twelve-month-period, and because of the broad community of interest which this cross-flow of employees creates, particularly through the operation of the Job Placement Regulations, the Union, the Individual Employer and all Individual Employers bound by terms and provisions of this Agreement recognize that all Employees who perform work historically, or which may hereafter come, within the Union's jurisdiction are members of a single industry-wide multi-employer unit of Employees.
7. If the Individual Employer forms or participates in a corporation, association, partnership, joint venture or firm for the purpose of performing work covered by this Agreement and which is controlled directly or indirectly by the Individual Employer, the Individual Employer shall notify the Union in writing the day following the formation or participation of the name and address of such entity. If the Individual Employer fails to give such notification it will pay into the Operating Engineers' Pension Trust Fund an amount not to exceed the wages, straight time and overtime, and fringe benefits that it would have paid if it had performed the work, plus twenty-five percent (25%) of the total amount not as a penalty but by way of liquidated damages.
8. The parties hereby waive any right that they may have to repudiate this Agreement during the term of the Agreement or during the term of any extension, modification or amendment to this Agreement.
9. Based on a sufficient showing of interest, the Individual Employer recognizes and acknowledges OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO, as the exclusive Section 9(a) collective bargaining representative of all Employees covered by this Agreement.
10. The Individual Employer sells or transfers any or all of its assets, stock and/or operations, it will pay all fringe benefits including contributions, liquidated damages, interest and collection costs including, but not limited to, attorney's fees and auditor/accountant fees it owes prior to the sale or transfer. If the Individual Employer term of the sale or transfer that the buyer or transferee shall recognize the Union as the Employees' bargaining agent and will assume this Agreement.
11. The Individual Employer will execute a promissory note which shall name as the beneficiaries, the Trust Funds and Fringe Benefit Plans provided for in the Master Agreement if it files a bankruptcy petition (any chapter) or if any of its creditors file and involuntary bankruptcy petition (any chapter). The promissory note shall provide for the full payment of fringe benefits, including contributions, liquidated damages, interest and collection costs including, but not limited to, attorney's fees and auditor/accountant fees.
12. If the Individual Employer is a corporation, it's principal shareholder(s) personally guarantee all payment of wages and fringe benefits, including fringe benefit contributions, liquidated damages, interest and collection costs, including, but not limited to, attorney's fees and auditor/accountant fees.

### SECTION NO. 2 — MASTER AGREEMENTS INCORPORATED

All of the provisions of the current Master Agreement between the Union and the Associated General Contractors of California, Inc. ("AGC"), including the Job Placement Regulations and any amendment or amendments thereto excluding 02.08.04, 02.08.05, 18.03.04, 26.01.00, 26.01.01 and 26.03.00, which are specifically excluded from this Agreement, are incorporated herein as if set forth in full herein. Provided, however, that with respect to 19.00.00 of the Master Agreement, any decision under 19.00.00 involving the meaning of the Agreement resulting in the amendment of that Agreement, shall control, and shall be given full effect under this Agreement.

### SECTION NO. 3 — DISPUTES

Settlement of any dispute under this Agreement shall be in accordance with Grievance/Arbitration Section of the current Master Agreement unless the Union elects to engage in economic action, in which case, the Grievance/Arbitration section shall not be effective as to the specific dispute. The Union may not engage in economic action over disputes concerning any subcontracting provision of the Master Agreement. If the Union does invoke the dispute resolution procedure set forth in the Master Agreement, the Individual Employer may arrange for its own Board of Adjustment panel or may use the State Board provided for in the Grievance/Arbitration Section of the Master Agreement.

### SECTION NO. 4 — INFORMATION

For the information and convenience of the parties, the substance of certain provisions of the Master Agreement incorporated by reference are reproduced as an Appendix which is attached hereto.

### SECTION NO. 5 — EFFECTIVE AND TERMINATION DATES

This Agreement shall, if a renewal Agreement, be retroactive to the effective date of the current Master Agreement, and if not a renewal Agreement, shall be effective the day following the signing of this Agreement. The Individual Employer agrees to be bound to the wages, hours and all other terms and conditions of future Master Agreements and any amendment(s) thereto; provided, however, that in the event either party desires to terminate this Agreement, they may do so during the period of sixty (60) to ninety (90) days prior to the expiration of any Master Agreement.
Receipt of copies of the current Master Agreement and amendments to date, and of the other agreements incorporated by reference therein, is hereby acknowledged by the Individual Employer by acceptance of this Agreement.

**OPERATING ENGINEERS LOCAL UNION NO. 3**
of the International Union of Operating Engineers, AFL-CIO
/s/ John Bonilla, President
/s/ Robert L. Wise, Recording-Corresponding Secretary
/s/ Donald R. Doser, Business Manager

/s/ Business Representative: _____

DO 01                                        Agent No. 0533

If this proposed Agreement is satisfactory, please sign accepting the same at the place provided below:

Accepted this **24** day of **JAN**, 2000

_____
Individual Employer's Name and Title

12/16/1999- tyr
opeiu-3-afl-cio (3)

# Exhibit B

**DECLARATION OF WAYNE E. McBRIDE
IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

*Crosthwaite, et al. v. Powell Drilling & Pile Driving*
*USDC Case No. C07-5191 CRB*





**CA.GOV**

**CONTRACTORS STATE LICENSE BOARD**

Skip to: CSLB Home | Content | Footer | Accessibility

Search CSLB

| 01 CONSUMERS | 02 CONTRACTORS | 03 APPLICANTS | 04 JOURNEYMEN | 05 PUBLIC WORKS | 06 BUILDING OFFICIALS | 07 GENERAL INFO |

**CONTRACTOR'S LICENSE DETAIL**

⚠ **DISCLAIMER:** *A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.*

- CSLB complaint disclosure is restricted by law (B&P 7124.6). If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.
- Per B&P 7071.17, only construction related civil judgments reported to the CSLB are disclosed.
- Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.
- Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

| | | |
|---|---|---|
| **License Number:** | 262221 | **Extract Date:** 01/04/2008 |
| **Business Information:** | POWELL DRILLING & PILE DRIVING<br>299 WABASH AVENUE<br>SAN JOSE, CA 95128<br>Business Phone Number: (760) 792-0639 | |
| **Entity:** | Sole Ownership | |
| **Issue Date:** | 03/17/1970 | |
| **Reissue Date:** | 11/22/1991 | |

**WHAT YOU CAN DO**

About CSLB
CSLB Newsroom
Board and Committee Meetings
Disaster Information Center
CSLB Library
Frequently Asked Questions

Online Services
- Check A License or HIS Registration
- Filing a Construction Complaint
- Processing Times
- Check Application Status
- Search for a Surety Bond Insurance Company
- Search for a Workers' Compensation Company

Check A License: Contractor's License Detail                                                                      Page 2 of 2

How to Participate

| | |
|---|---|
| **Expire Date:** | 11/30/2007 |
| **License Status:** | This license is expired and not able to contract at this time. |
| **Additional Status:** | The license will need a contractors bond to renew active or reactivate. |
| **Classifications:** | CLASS  DESCRIPTION |
| | D09  DRILLING, BLASTING AND OIL FIELD WORK |
| | D30  PILE DRIVING/PRESSURE FOUNDATION JACKING |
| **Bonding:** | CONTRACTOR'S BOND |
| | This license filed Contractor's Bond number **694809** in the amount of **$12,500** with the bonding company SURETY COMPANY OF THE PACIFIC. |
| | **Effective Date:** 01/01/2007 |
| | **Cancellation Date:** 01/03/2008 |
| | Contractor's Bonding History |
| **Workers' Compensation:** | This license is exempt from having workers compensation insurance; they certified that they have no employees at this time. |
| | **Effective Date:** 02/15/1994 |
| | **Expire Date:** None |
| | Workers' Compensation History |



Consumers | Contractors | Applicants | Journeymen | Public Works | Building Officials | General Info
CSLB Home | Conditions of Use | Privacy | Contact CSLB

Copyright © 2007 State of California



Skip to: CSLB Home | Content | Footer | Accessibility

Search CSLB

**CONTRACTORS STATE LICENSE BOARD**

| 01 CONSUMERS | 02 CONTRACTORS | 03 APPLICANTS | 04 JOURNEYMEN | 05 PUBLIC WORKS | 06 BUILDING OFFICIALS | 07 GENERAL INFO |

CONTRACTOR LICENSE PERSONNEL LIST

**WHAT YOU CAN DO**

About CSLB
CSLB Newsroom
Board and Committee Meetings
Disaster Information Center
CSLB Library
Frequently Asked Questions
Online Services
- Check A License or HIS Registration
- Filing a Construction Complaint
- Processing Times
- Check Application Status
- Search for a Surety Bond Insurance Company
- Search for a Workers' Compensation Company

<< *Return to License Detail*

**Contractor License #:** 262221

Click on the person's name to see a more detailed page of information on that person.

| NAME | TITLE | ASSOCIATION DATE | DISASSOCIATION DATE | CLASS | MORE CLASS |
|---|---|---|---|---|---|
| JOSEPH FRANCIS POWELL | SOLE OWNER | 03/17/1970 | | D09 | More |

How to Participate

Consumers | Contractors | Applicants | Journeymen | Public Works | Building Officials | General Info
CSLB Home | Conditions of Use | Privacy | Contact CSLB

Copyright © 2007 State of California

# Exhibit C

**DECLARATION OF WAYNE E. McBRIDE
IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

*Crosthwaite, et al. v. Powell Drilling & Pile Driving*
*USDC Case No. C07-5191 CRB*

# [COVER]

## 2002-2006
## MASTER AGREEMENT
### For NORTHERN CALIFORNIA
Between

### OPERATING ENGINEERS LOCAL UNION NO. 3
of the International Union of Operating Engineers, AFL-CIO

and

**ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC.**
**ASSOCIATION OF CONSTRUCTION EMPLOYERS**
**ASSOCIATION OF ENGINEERING CONSTRUCTION EMPLOYERS**
**ENGINEERING AND UTILITY CONTRACTORS ASSOCIATION**
**INDUSTRIAL CONTRACTORS UMIC, INC.**

For Fair Contracting within the geographic area covered by this Agreement.

***12.10.00*** *Job Placement Center and Market Area Committee Administration Market Preservation Fund.* Each Individual Employer covered by this Agreement shall pay into the Job Placement Center and Market Area Committee Administration Market Preservation Fund according to the following schedule:

Effective June 24, 2002 — Eleven cents ($.11) per hour

***12.11.00*** *Business Development Fund.* Each Individual Employer covered by this Agreement shall pay into the Business Development Trust Fund according to the following schedule:

**AGC and ACE**
Effective June 29, 1998 — Eight cents ($.08) per hour

**AECE**
Effective September 1, 1998 — Eight cents ($.08) per hour

**EUCA**
Effective September 1, 1998 — Nine cents ($.09 ) per hour

**UMIC**
Effective June 29, 1998 — Nine cents ($.09) per hour

**Short Form Employers**
Effective June 16, 1998 — Twelve cents ($.12) per hour

***12.11.01*** Such monies shall be utilized to maintain and increase signatory contractors' market share and to develop new markets. *[Note: These monies are distributed to the California Alliance for Jobs and/or the Construction Industry Force Account Committee on a proportionate basis according to each Association.]*

***12.11.02*** *Heavy & Highway Committee.* The Employer shall contribute one cent ($.01) per hour to the Heavy and Highway Committee effective January 1, 2001.

***12.12.00*** *Supplemental Dues.* In addition to any amount specified as and for Vacation and Holiday benefits in Section 12.06.00 and 12.06.01 of this Master Agreement, the amount of forty cents ($.40) per hour for each hour paid for or worked shall be added and specifically designated as Supplemental Dues effective for all work performed on and after June 25, 2001; fifty-five cents ($.55) per hour effective for all work performed on or after June 24, 2002; sixty-five cents ($.65) per hour effective for all work performed on or after June 30, 2003; and seventy-five cents ($.75) per hour effective for all work performed on or after June 28, 2004 and eighty-five ($.85) cents per hour effective for all work performed on or after June 27, 2005. These amounts shall be "new money". Upon the execution of a proper authorization as required by law, the amount set forth shall be transmitted from the Vacation-Holiday benefit of each Employee performing work or being paid under this Agreement and shall be remitted directly to the Union. These amounts specified herein shall not be deemed to be part of the Vacation-Holiday benefit but is an amount specifically agreed to as a Supplemental Dues benefit. The amount of the Supplemental Dues transmittal shall be specified on a statement sent to the Employees. Such remittance shall be made to the Union monthly. Supplemental Dues are specifically part of the uniform monthly dues of each Employee, as specified in the provisions of Section 04.02.00, Union Security, of this Agreement. The Employees shall be obligated to make such payment directly to the Union on a monthly basis if the dues authorization provided for herein is not executed, under such terms and conditions as from time to time may be prescribed by the Union.

***12.13.00*** *Delinquencies.* It is agreed that insofar as payments by the Individual Employer are concerned, the parties recognize and acknowledge that the regular and prompt payment of amounts due each Trust by Individual Employers is essential and, based upon prior experience of the parties hereto and in light of the substantial but varied expense incurred in the administration of said Trusts due to delinquencies, the parties agree that it is extremely difficult, if not

impracticable, to fix the actual expense and damage to each Trust, program and Employee which results from the failure of an Individual Employer to make the payments in full within the time provided. Therefore, it is agreed that the amount of damage resulting from any such failure shall be by way of liquidated damages and not as a penalty to each such Trust the sum of thirty-five dollars ($35.00) or fifteen percent (15%) of the amount due and unpaid to each such Trust, whichever is greater, for each failure to pay in full within the time provided. Such liquidated damages shall become due and payable to each such Trust in Alameda, California, at such place as each such Trust has from time to time been determined, upon the day immediately following the date on which the Individual Employer becomes delinquent, and shall be added to and become a part of said amount due and unpaid, and the whole thereof shall bear interest at the rate of twelve percent (12%) per annum until paid.

*12.13.01* In addition, if a delinquent Individual Employer agrees to pay his delinquency in installments and fails to make such payments in the amount and at the time and place agreed, it is agreed that the amount of damage to each Trust resulting from any such failure shall be by way of liquidated damages and not as a penalty to each such Trust, the sum of thirty-five dollars ($35.00) or fifteen percent (15%) of the amount due and unpaid to each such Trust, whichever is greater, for each such failure to pay in full within the time provided, which amount shall become due and payable to each such Trust in Alameda, California, at the place and time agreed upon, and shall be added to and become a part of said amount due and unpaid, and the whole thereof shall bear interest at the rate of twelve percent (12%) per annum until paid.

*12.13.02* If any Individual Employer defaults in the making of such payments and if either the Union, the Trusts or the Plan, or any of them, consults or causes to be consulted legal counsel with respect thereto, or files or causes to be filed any suit or claim with respect thereto, there shall be added to the obligation of the Employer who is in default all reasonable expenses incurred by the Union and the Trust in the collection of same, including but not limited to, reasonable attorneys' fees, auditors' and accountants' fees, court costs and all other reasonable expenses incurred in connection with such suit or claim including any appellate proceedings therein.

*12.13.03* When a contributing Individual Employer has been assessed liquidated damages and interest for a period of two (2) late months during any twelve (12) consecutive month period, upon the occurrence of the second (2nd) assessment the Individual Employer will promptly be notified (with copies to the Local Union and the Employer) that if said Individual Employer becomes delinquent again and is assessed liquidated damages and interest during any of the succeeding twelve(12)-month period, he will be subject to the following rules:

(a) The Individual Employer shall be audited in order to determine compliance with the provisions of this Section 12.00.00 and/or the Trust Fund Documents.

(b) The Individual Employer shall be required to provide the Trust Funds with a cash deposit or bond equal to the sum of the three (3) highest months' contributions made in the immediate preceding twelve(12)-month period, or such lesser sum as the Delinquency Committee deems appropriate.

(c) The Individual Employer's due and delinquent date shall be the 15th day of the month.

(d) Once these special rules have been applied to an Individual Employer, they shall remain in effect for at least twelve (12) months. At the end of this period, the Individual Employer may petition the Board to terminate these special rules and release the cash deposit or bond; this may be allowed only if the Individual Employer has been current in his reports and contributions for each and every month during the preceding twelve (12)-month period and the Board is otherwise satisfied that there will be no further delinquencies. The foregoing rules shall not actually be applied to any Individual Employer until the Delinquency Committee has been advised at a meeting that they have become applicable (or will become applicable if another delinquency occurs). The Delinquency Committee may then, upon its own motion or upon the Individual Employer's request, waive any of the above rules, in whole or in part, for reasonable cause.

*12.13.04* The parties recognize and agree:

(a) that the references to fringe benefits in Sections 7071.5 and 7071.11 of the California Business and Professions code include payments for fringe benefits and vacation and holiday pay as described in this Agreement and Trust Agreements creating each Trust;

(b) that said payments are for the benefit of the Employees of each Individual Employer covered by this Agreement, and that the failure of an Individual Employer to make said payments, in the manner and at the time prescribed, causes damage to all Employees, including the Employees of the Individual Employer in default, in the amount of the unpaid fringe benefits and vacation and holiday pay as well as the liquidated damages established herein, interest, and any attorneys' and accountants' fees which the Union, the Trusts, or the Plan, or any of them, may incur with respect to said default;

(c) that the Union, the Trusts or the Plan, or any of them, may bring a claim or legal action against the Individual Employer's license bond on behalf of an Employee or Employees covered by this Agreement.

*12.14.00*   *Security for Payments.* Each Individual Employer delinquent one (1) or more months in making the payments set forth in Section 12.00.00 shall be notified by mail by the Fund Manager of the Trust or Trusts applicable of such delinquency. Copies of such notices shall be sent to the Employer and to the Union.

*12.14.01*   Each such delinquent Individual Employer shall within five (5) days of the receipt of such notice (Certified Mail) pay the delinquent amount in full or make other suitable arrangements acceptable to the Delinquency Committee of the Pension Trust Fund for payment. Such amounts owing are to be determined by the Fund Manager of the various Funds. The Committee shall notify the Employer of any such arrangements which may be made.

*12.14.02*   If an Individual Employer fails to pay the delinquencies as determined by the Fund Manager in the time provided in 12.14.01, or fails to make other suitable arrangements for payment acceptable to the Union, it shall not be a violation of this Agreement so long as such delinquency continues, if the Union withdraws the Employees who are subject hereto from the performance of any work for such Individual Employer and such withdrawal for such period shall not be a strike or work stoppage within the terms of this Agreement. In the event that any Employees of any Individual Employer shall be withdrawn pursuant to any similar clause in any agreement between the Individual Employer and any other labor organization, then the Union may respect such withdrawal, and for the period thereof, may refuse to perform any work for such Individual Employer, and such refusal for such period shall not be a violation of this Agreement.

*12.14.03*   Any Employees so withdrawn or refusing to perform any work as herein provided shall not lose their status as Employees but no such Employee shall be entitled to claim or receive any wages or other compensation for any period during which he has been so withdrawn or refused to perform any work.

*13.00.00*   *STEEL FABRICATING AND ERECTING WORK*

Manning under this Section 13.00.00 shall be as provided in Section 07.00.00, "MANNING," except tank erection work or structural steel work which shall be manned as provided in this Section 13.00.00 and 01.03.02. Employees performing work in classifications not set forth in Section 01.03.02 shall be considered support Employees, and shall be paid at the wage rates for the classifications set forth in Section 01.03.00, and shall work under the terms and conditions contained in the main body of this Agreement excluding this Section 13.00.00.

*13.01.00*   Only Employees manning hoisting equipment working four (4) hours or more in support of a crew or crews consisting of four (4) men or more of the crafts listed below shall be covered by and under this Section 13.00.00:

(1) International Association of Bridge, Structural and Ornamental Iron Workers Union,

(2) International Brotherhood of Boilermakers, Iron Shipbuilders, Blacksmiths, and Helpers,

(3) United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada,

(4) International Brotherhood of Electrical Workers.

# Exhibit D

**DECLARATION OF WAYNE E. McBRIDE
IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

*Crosthwaite, et al. v. Powell Drilling & Pile Driving
USDC Case No. C07-5191 CRB*

2500.8/78

(Revised 1975)

# Pension Trust Fund for Operating Engineers

# TRUST AGREEMENT

73

**Section 4.** The Board of Trustees shall provide, at the expense of the Fund, where and to the extent permissible by applicable law, insurance and bonding protection for the Fund and for each Trustee, former Trustee or estate of a deceased Trustee or former Trustee, and all other persons who handle funds or other property of the Fund for any purpose whatsoever. The protection shall be from such companies as the Board shall determine.

*(As Amended July 1, 1975)*

**Section 5.** All checks, drafts, vouchers, or other withdrawals of money from this Fund shall be signed by a person or persons authorized so to do by the Board of Trustees.

**Section 6.** The Board of Trustees shall maintain suitable and adequate records of and for the administration of this Fund and the Pension Plan. The Board can require the Employer, any Signatory Association, any Contributing Employer, the Union, any other Labor Organization, or any Covered Employee, Retired Employee or other beneficiary of the Plan to submit to it any information, data, report, or documents reasonably relevant to and suitable for the purposes of such administration; provided, however, the Union or other Labor Organization cannot be required to submit a list of its members. Reasonable cause appearing therefor upon notice in writing from the Board, a Contributing Employer must permit a certified public accountant appointed by the Board to enter upon the premises of such employer during business hours, at all reasonable time or times, and to examine and copy such books, records, papers or reports of such Contributing Employer as may be necessary to determine whether such Contributing Employer is making full and prompt payment of all sums required to be paid by him or it to this Fund.

**Section 7.** The books of account and records of the Board of Trustees, including the books of account and records pertaining to the Fund, shall be audited at least once a year by an independent qualified public accountant engaged by the Board on behalf of all Plan participants who shall conduct such an examination of any financial statements of the Fund and the Pension Plan, and of other books and records of the Fund and Pension Plan, as is required by ERISA. The Board shall also make all other reports required by law. A statement of the results of the annual audit shall be available for inspection by interested persons at the principal office of the Fund and at such other suitable place as the Board may designate from time to time. Copies of such statement shall be delivered to the Employer, the Union and each Trustee within ten days after the statement is prepared.

*(As Amended December 31, 1975)*

**Section 8.** No Covered Employee, no Retired Employee, and no beneficiary shall be discriminated against by the Board of Trustees in any way by reason of membership or non-membership in any union or by reason of activity on behalf of or in opposition to any union, provided, however, for administrative purposes only membership in the Union may be included among other evidence as prima facie proof of employment or availability for employment.

## ARTICLE V
## PROCEDURE OF BOARD OF TRUSTEES

**Section 1.** The Board of Trustees shall determine the time and place of its regular periodic meetings. Either the Chairman or the Co-Chairman or one-third

# Exhibit E

**DECLARATION OF WAYNE E. McBRIDE
IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

*Crosthwaite, et al. v. Powell Drilling & Pile Driving
USDC Case No. C07-5191 CRB*

EMPLOYER STATEMENT OF ACCOUNT
POWELL DRILLING
390 WESTERN STATES DR
FELTON, CA 95018
(408) 509-3945

DATE: 05/15/08 @ 08:50:25
PAGE 1
HOURS 1/06 TO 5/08

EMPLOYER ACCOUNT: 057491
CONTRACT TYPE: 24 - MCA SHRT FRM
CONTRACT START: 11/01/06
INACTIVE DATE:

HOURS WRK

| DATE | DUE | PAID | PRINCIPAL BAL. | EFFECTIVE | LOANT | INTANT | PAID | LD/INT BAL | TOTAL OWED |
|---|---|---|---|---|---|---|---|---|---|
| BALANCE FORWARD | | | | | | | | 0.00 | 0.00 |
| 11/06 2/24/08 | 1,639.44 | | 1,639.44 | | | | | | 1,639.44 |
| 12/06 2/24/08 | 5,738.04 | | 7,377.48 | | | | | | 7,377.48 |
| 1/07 2/24/08 | 5,402.70 | | 12,780.18 | | | | | | 12,780.18 |
| 2/07 2/24/08 | 3,632.85 | | 16,413.03 | | | | | | 16,413.03 |
| 3/07 2/24/08 | 2,887.65 | | 19,300.68 | | | | | | 19,300.68 |
| 4/07 2/24/08 | 2,943.54 | | 22,244.22 | | | | | | 22,244.22 |
| 5/07 2/24/08 | 4,676.13 | | 26,920.35 | | | | | | 26,920.35 |
| 6/07 2/24/08 | 3,018.06 | | 29,938.41 | | | | | | 29,938.41 |
| 7/07 2/24/08 | 3,592.80 | | 33,531.21 | | | | | | 33,531.21 |
| 8/07 2/24/08 | 3,073.84 | | 36,605.05 | | | | | | 36,605.05 |
| 9/07 2/24/08 | 3,123.74 | | 39,728.79 | | | | | | 39,728.79 |
| 10/07 2/24/08 | 3,133.72 | | 42,862.51 | | | | | | 42,862.51 |
| 11/07 2/24/08 | 5,658.66 | | 48,521.17 | | | | | | 48,521.17 |
| 12/07 2/24/08 | 3,073.84 | | 51,595.01 | | | | | | 51,595.01 |
| 1/08 2/24/08 | 3,393.20 | 13,000.00 | 38,596.01 | 2/26/08 | | 326.33 | | 326.33 | 51,595.01 51,921.34 |
| 1/08 3/30/08 | 4,011.95 | | 41,988.21 | 3/26/08 | | 358.70 | | 685.03 | 38,921.34 42,314.54 |
| 1/08 4/06/08 | -4,011.95 | | 46,000.17 | | | | | | 42,673.24 |
| 2/08 3/30/08 | 7,326.32 | | 41,988.21 | | | | | | 42,673.24 |
| | | | 49,313.53 | 4/26/08 | 1,003.51 | 310.18 | | 1,688.54 1,998.72 | 46,685.20 42,673.24 |
| 4/14/08 | | 1,639.44 | 47,674.09 | | | | | | 51,002.07 51,312.25 |
| 4/14/08 | | 219.82 | 47,454.27 | | | | | | 51,312.25 |
| 4/06/08 | | 5,402.70 | 42,051.57 | | | | | | 49,672.81 |
| 4/14/08 | | 5,738.04 | 36,313.53 | | | | | | 49,452.99 44,050.29 38,312.25 |

JFMAMJJASOND
2006    xx
2007
2008