Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSEPH FRANCIS POWELL, individually and dba POWELL DRILLING & PILE DRIVING,<br><br>    Defendant. | Case No.: C07-5191 CRB<br><br>**DECLARATION OF PHILIP J. McNALLEY IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date:       June 27, 2008<br>Time:      10:00 a.m.<br>Location:  450 Golden Gate Avenue<br>              San Francisco, CA<br>Courtroom: 8, 19th Floor<br>Judge:     The Hon. Charles R. Breyer |

I, Philip J. McNalley, declare as follows:

1.    I am a Senior Auditor in the Compliance Department of Hemming Morse, Inc. ("HMI"), a certified public accounting firm which regularly conducts compliance inspections for Plaintiffs and other employee benefit plans, to determine whether employers who are obligated to make contributions to such plans have in fact made the required contributions. Such determination

-1-
DECLARATION OF P. McNALLEY IN SUPPORT
Case No.: C07-5191 CRB

entails an inspection of an employer's records and a compilation of what that inspection discloses in the form of a report.

2. As a Senior Auditor in the Compliance Department, I am responsible for certain inspections that are referred to HMI by the Operating Engineers Trust Funds, and supervise all of the work done on specific files.

3. According to my records, paystubs submitted by Bobbie J. Rancourt, employee of POWELL DRILLING & PILE DRIVING, were referred to HMI for audit, to determine contributions due and unpaid on the hours worked. That audit was conducted in or about August 2007, on her paystubs submitted for the period December 2006 through May 2007. The report issued on or about August 6, 2007 was sent to defendants. A true and accurate copy of that report is attached hereto as *Exhibit A*, reflecting $10,032.26 due to plaintiffs in contributions on the hours shown in those paystubs, as well as $437.20 in wage violations. I inspected payroll check stubs as well as the employees' personal time diaries to determine all hours worked and paid.

4. I incurred reasonable auditors' fees in the amount of $230.21 in reviewing and determining the amounts due.

5. As a result of defendants' failure to pay contributions as required, on or about July 30, 2007, this office was directed by Wayne E. McBride, Collections Manager of the Operating Engineers Local Union No. 3 Trust Funds, to perform a special audit of POWELL DRILLING & PILE DRIVING payroll records for the period November 1, 2006 through date of inspection. I made several attempts to schedule an appointment with the employer or his accountant in order to perform the requested inspection. True and accurate copies of letters sent to defendants on July 30, 2007 and August 7, 2007, as well as my telephone log of attempts to schedule an audit, are attached hereto as *Exhibit B*. As I was unable to schedule an audit, I referred the matter back to Mr. McBride on or about September 17, 2007.

6. After this action was filed, POWELL DRILLING & PILE DRIVING did provide the payroll documents needed for the full review and we performed an audit of November 1, 2006 to January 31, 2008. A true and correct copy of that report is attached hereto as *Exhibit C*, showing $54, 988.21 owing in unpaid contributions. **That amount includes the contributions due for Bobbie Rancourt which were reflected in the paystubs reviewed in the prior audit.** *Exhibit 1* of that audit is for 2006; *Exhibit 2* is 2007; *Exhibit 3* is marked 2007, but is actually for January 2008 hours.

7. Liquidated damages totaling $8247.13 are calculated at 15% of unpaid contributions in accordance with the Collective Bargaining Agreement and interest at the rate of 12% per annum are calculated on combined contributions and liquidated damages as shown in the the Summary of Liabilities at *Exhibit A*.

8. Additional audit costs of $1420.50 were incurred in performing this review of payroll records for the period exceeding two years, verifying applicable rates and calculating the amounts due. The costs of the two audits were therefore $1650.71.

I declare under penalty of perjury that the foregoing is true and correct and that if called upon as a witness, I could testify to the foregoing on the basis of my personal, direct knowledge.

Executed this 22nd day of May, 2008, at San Francisco, California.

_____/s/_____
Philip J. McNalley

-3-
DECLARATION OF P. McNALLEY IN SUPPORT
Case No.: C07-5191 CRB

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\Powell - Motion for Default Judgment\C07-5191 CRB Declaration of P. McNalley 051908.doc

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 23, 2008, I served the following document(s):

**DECLARATION OF PHILIP J. McNALLEY IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Powell Drilling & Pile Driving**
**c/o Joseph Francis Powell**
**390 Western States Drive**
**Felton, CA 95018**

**Mark Powell**
**390 Western States Drive**
**Felton, CA 95018**

**Joseph Francis Powell**
**1635 Cedar Haven Way**
**Newport, TN 37821-6974**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23rd day of May, 2008, at San Francisco, California.

_____/s/_____
Diana Sage

-1-
**DECLARATION OF P. McNALLEY IN SUPPORT**
**Case No.: C07-5191 CRB**

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\Powell - Motion for Default Judgment\C07-5191 CRB Declaration of P. McNalley 051908.doc