# *Exhibit A*

**DECLARATION OF PHILIP J. McNALLEY
IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

*Crosthwaite, et al. v. Powell Drilling & Pile Driving
USDC Case No. C07-5191 CRB*

# Operating Engineers Local Union No. 3 Trust Funds

## Powell Drilling & Pile Driving - #21-67491-24

## SUMMARY OF LIABILITIES

| | 2006 | | 2007 | | TOTAL | |
|---|---|---|---|---|---|---|
| | Hours | Amount | Hours | Amount | Hours | Amount |
| **Fringe Benefits:** | | | | | | |
| Unreported Employees | 221.5 | $4,126.55 | 317.0 | $5,905.71 | 538.5 | $10,032.26 |
| **Subtotal: Fringe Benefits** | 221.5 | $4,126.55 | 317.0 | $5,905.71 | 538.5 | $10,032.26 |
| Liquidated Damages | | $595.85 | | $1,252.63 | | $1,848.48 |
| Interest | | $272.89 | | $218.00 | | $490.89 |
| **Total Due: Fringe Benefits** | 221.5 | $4,995.29 | 317.0 | $7,376.34 | 538.5 | $12,371.63 |
| **Wages:** | | | | | | |
| Wage Violations | | $0.00 | | $437.20 | | $437.20 |
| **Total Due: Wages** | | $0.00 | | $437.20 | | $437.20 |
| AUDIT COSTS: | | | | | | $230.21 |
| **GRAND TOTAL** | | | | | 538.5 | $13,039.04 |

Date Prepared: August 6, 2007

**Operating Engineers Local Union No. 3 Trust Funds**

Report of Contributions Due from

Unreported Employees

| Employer: | **Powell Drilling & Pile Driving** | | | 2006 - Exhibit 1 |
| --- | --- | --- | --- | --- |

| Account # | 21 | 67491 | 24 |
| --- | --- | --- | --- |

Inspection Period: December 2006 through May 2007

| Employee S.S. Number | Work Month | Hours Per Audit | Hours Reported | Hours Difference | Contribution Rate | Principal | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Rancourt, Bobbie J. | | | | | | | |
| 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 | Dec | 221.5 | 0.0 | 221.5 | $18.63 | $4,126.55 | See Note below: |
| | | ——— | ——— | ——— | | ——— | |
| | | 221.5 | 0.0 | 221.5 | | $4,126.55 | |
| | Totals | 221.50 | 0.00 | 221.50 | | $4,126.55 | |

**NOTE: Hours charged for December 2006 derived from W-2 gross earnings of $6,068.44 divided by hourly wage rate of $27.38**

**Operating Engineers Local Union No. 3 Trust Funds**
Unreported Employees

Report of Contributions Due from

| Employer: | **Powell Drilling & Pile Driving** | | | 2007 - Exhibit 2 |
|---|---|---|---|---|

| Account # | 21 | 67491 | 24 |
|---|---|---|---|

Inspection Period: December 2006 through May 2007

| Employee<br>S.S. Number | Work<br>Month | Hours<br>Per Audit | Hours<br>Reported | Hours<br>Difference | Contribution<br>Rate | Principal | Comments |
|---|---|---|---|---|---|---|---|
| Rancourt, Bobbie J. | | | | | | | |
| 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 | Feb | 90.0 | 0.0 | 90.0 | $18.63 | $1,676.70 | |
| | Mar | 107.0 | 0.0 | 107.0 | $18.63 | $1,993.41 | |
| | Apr | 44.0 | 0.0 | 44.0 | $18.63 | $819.72 | |
| | May | 76.0 | 0.0 | 76.0 | $18.63 | $1,415.88 | |
| | | ----- | ----- | ----- | | ----- | |
| | | 317.0 | 0.0 | 317.0 | | $5,905.71 | |
| | Totals | 317.00 | 0.00 | 317.00 | | $5,905.71 | |

Wage Violations 2007

## WAGES DUE
### Incorrect Wage Rate

**ployer:** Powell Drilling & Pile Driving
#21-67491-24
**ployee:** Rancourt, Bobbie J.
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

ek Ending

| Date | Job Class | Group | Rate | ST | OT | DT | Amount | Rate | ST | OT | DT | Amount | Wages Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Hours Due | | | | | Hours Paid | | | |
| /26/07 | | | $27.38 | 40.00 | | | $1,095.20 | $20.00 | 40.00 | | | $800.00 | $295.20 |
| | Vacation Pay | | 3.55 | 40.00 | | | 142.00 | 0.00 | 0.00 | | | 0.00 | 142.00 |

**TOTAL DUE**    $4?7.20

Hemming Morse, Inc.

# *Exhibit B*

**DECLARATION OF PHILIP J. McNALLEY
IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

*Crosthwaite, et al. v. Powell Drilling & Pile Driving
USDC Case No. C07-5191 CRB*



**OPERATING ENGINEERS LOCAL UNION NO. 3 TRUST FUNDS • MULTI-SERVICES**

| | |
|---|---|
| 4044 NORTH FREEWAY BLVD., SUITE 140 | 1620 SOUTH LOOP ROAD |
| SACRAMENTO, CA 95834 | ALAMEDA, CA 94502-7089 |
| (916) 920-4044 • (916) 920-4145 | (510) 748-7425 • FAX 748-7426 |

Jurisdiction: Northern California, Northern Nevada, Utah, Hawaii



July 30, 2007

Powell Drilling & Pile Driving
299 Wabash Avenue
San Jose, CA 95128

**Account No.:**          **21-67491-24**
**Inspection Period:**    **January 1, 2004 through the date of the inspection**

Dear Sir or Madam:

Pursuant to the Collective Bargaining Agreement covering our respective organizations we deem it necessary to inspect your payroll records in order to ascertain whether or not you have complied with said agreement in the payment of stipulated wage and fringe benefits.

**A list of the records that will be needed is itemized below. If for any reason all of these records are not available, please contact me as soon as possible.**

- California Quarterly Report of Wages, Form DE-6.
- Federal Tax Forms W-3/W-2 and 1096/1099.
- Payroll Registers/Journals.
- Individual Earnings Records.
- Timecards for all employees.
- Contribution Reports for all Trust Funds (including, e.g. Laborers and Carpenters).
- Cash Disbursements Journal.
- Vendor invoices.
- Any other books, records, papers or reports that may be necessary to complete the auditor's determination or provide additional explanation.

Hemming Morse, Inc. will be conducting the payroll inspection on behalf of Operating Engineers Local Union No. 3 Trust Funds. One of their Employee Benefit Plan specialists will be contacting your office in the near future to schedule an appointment.

Should you have any questions regarding this notification, please contact me at the number above.

Respectfully,

Wayne E. Mc Bride

Wayne E. McBride
Collection Manager
WEM/tlb
CERTIFIED MAIL 7006 2760 0001 2528 6008

OPERATING ENGINEERS LOCAL UNION No. 3 TRUST FUNDS • MULTI-SERVICES

| 4044 NORTH FREEWAY BLVD., SUITE 140 | 1620 SOUTH LOOP ROAD |
|---|---|
| SACRAMENTO, CA 95834 | ALAMEDA, CA 94502-7089 |
| (916) 920-4044 • (916) 920-4145 | (510) 748-7425 • FAX 748-7426 |

Jurisdiction: Northern California, Northern Nevada, Utah, Hawaii



August 7, 2007

Mr. Mark Powell
Powell Drilling & Pile Driving
299 Wabash Avenue
San Jose, CA 95128

**RE:    Account #21-67491-24**

Dear Mr. Powell:

Recently an inspection of all payroll checks issued to Bobbie J. Rancourt for the period February 2007 through May 2007 was performed on behalf of Operating Engineers Local Union No. 3 Trust Funds. A W-2 issued to Ms. Rancourt for wages paid in 2006 was also included in the inspection. Enclosed is a copy of the inspection results for your review.

Should you have any questions, or any additional information that may resolve the liability amounts as listed below, please contact me as soon as possible.

This inspection disclosed a liability of **$13,039.04** for the period <u>December 2006</u> to <u>May 31, 2007</u>.

| | |
|---|---|
| Fringe benefits including Principal, Liquidated Damages and Interest | $12,371.63 |
| Wage Violations: | $437.20 |
| Audit Costs: | $230.21 |

Full payment of this liability is required within <u>**15 days**</u> from the date of this letter.

If you agree with the results as presented, kindly forward a check made payable to Operating Engineers Trust Fund in the amount of **$12,601.84** *to my attention at the above address*.

With respect to the wage violation, please issue a separate check for wages due less any applicable deductions <u>made payable to the respective individual</u> and forward it to me for distribution.

Again, should you have any questions or additional information you feel is pertinent to this issue please contact me, otherwise full payment of this liability is required **within <u>15 days</u>** from the date of this letter.

Respectfully,

*Wayne E. McBride*

Wayne E. McBride
Collection Manager
WEM/tlb
encl

## HEMMING MORSE, INC.

### AUDIT CORRESPONDENCE AND PHONE LOG

**EMPLOYER:**

Name: Powell Drilling & Pile Driving

Address: _____

Phone: 408-504-3945

Fax: _____

**AUDIT LOCATION:**

Name: _____

Address: _____

_____

Phone: _____

Fax: _____

**CONTACTS:**

Name: _____   Title: _____   Phone: _____

Name: _____   Title: _____   Phone: _____

| Auditor | Date | Person Contacted | Remarks |
|---------|------|------------------|---------|
| IM | 9/6/07 | Mark Powell | Harvey is his Accountant who works at Rossberg Accounting. Mark needs to call his accountant & have his accountant call me to set up an audit appointment. |
| IM | 9/11/07 | Mark Powell | - I called Mark & left a voice mail telling him that if I did not hear from his accountant by the end of today that I would have to refer the audit to the "?? for legal action |

# *Exhibit C*

**DECLARATION OF PHILIP J. McNALLEY
IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

*Crosthwaite, et al. v. Powell Drilling & Pile Driving
USDC Case No. C07-5191 CRB*

LTZMAN & JOHNSON
MAR X 4 2008
RECEIVED

# Operating Engineers Local Union No. 3 Trust Funds

## Powell Drilling & Pile Driving - #21-67491-24

## SUMMARY OF LIABILITIES

| | 2006 | | 2007 | | 2008 | | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| **Fringe Benefits:** | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount |
| Unreported Employees | 396.0 | $7,377.48 | 2,296.0 | $44,217.53 | 170.0 | $3,393.20 | 2,862.0 | $54,988.21 |
| **Subtotal: Fringe Benefits** | 396.0 | $7,377.48 | 2,296.0 | $44,217.53 | 170.0 | $3,393.20 | 2,862.0 | $54,988.21 |
| Liquidated Damages | | $1,101.72 | | $6,621.63 | | $523.78 | | $8,247. |
| Interest | | $927.19 | | $2,779.56 | | $0.00 | | $3,706. |
| **Total Due: Fringe Benefits** | 396.0 | $9,406.39 | 2,296.0 | $53,618.72 | 170.0 | $3,916.98 | 2,862.0 | $66,942.98 |
| AUDIT COSTS: | | | | | | | | $1,420. |
| **GRAND TOTAL** | | | | | | | 2,862.0 | $68,362.5 |

Date Prepared: February 20, 2008

**EMPLOYER:** Powell Drilling & Pile Driving - #21-67491-24

**RE:** 2006 Account Summary

Unreported Employees

| Mo./Yr. | Hours | Health & Welfare | Retiree Health & Welfare | Pension | Appr. Pension | Affirm Action | Annuity | I S F | JPC/ MAC | Subtotal | Liquidated Damages | Subtotal | Interest | Suppl.Dues/ Vacation | C A F | Ind.Pro./ CIFAC | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $6.23 | $1.89 | $4.00 | $0.00 | $0.62 | $0.40 | $0.06 | $0.11 | $13.31 | $35 or 15% | | 12% | $3.55 | $0.04 | $0.13 | $70.03 |
| Jan-06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Feb-06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mar-06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apr-06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| May-06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jun-06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Subtotal | 0.00 | $6.58 | $2.14 | $5.00 | $0.00 | $0.62 | $0.40 | $0.06 | $0.11 | $14.91 | $35 or 15% | 0.00 | 12% | $3.55 | $0.04 | $0.13 | $18.63 |
| Jul-06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Aug-06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sep-06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Oct-06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Nov-06 | 88.00 | 579.04 | 188.32 | 440.00 | 0.00 | 54.56 | 35.20 | 5.28 | 9.68 | 1,312.08 | 327.86 | 1,639.94 | 229.59 | 312.40 | 3.52 | 11.44 | 2,196.89 |
| Dec-06 | 308.00 | 2,026.64 | 659.12 | 1,540.00 | 0.00 | 190.96 | 123.20 | 18.48 | 33.88 | 4,592.28 | 773.86 | 5,366.14 | 697.60 | 1,093.40 | 12.32 | 40.04 | 7,209.50 |
| Subtotal | 396.00 | 2,605.68 | 847.44 | 1,980.00 | 0.00 | 245.52 | 158.40 | 23.76 | 43.56 | 5,904.36 | 1,101.72 | 7,006.08 | 927.19 | 1,405.80 | 15.84 | 51.48 | 9,406.39 |
| **TOTAL** | **396.00** | **$2,605.68** | **$847.44** | **$1,980.00** | **$0.00** | **$245.52** | **$158.40** | **$23.76** | **$43.56** | **$5,904.36** | **$1,101.72** | **$7,006.08** | **$927.19** | **$1,405.80** | **$15.84** | **$51.48** | **$9,406.39** |

**EMPLOYER:** Powell Drilling & Pile Driving - #21-67491-24

**RE:** 2007 Account Summary

Unreported Employees

| Mo./Yr. | Hours | Health & Welfare | Retiree Health & Welfare | Pension | Appr. Pension | Affirm Action | Annuity | I S F | JPC/ MAC | Subtotal | Liquidated Damages | Subtotal | Interest | Suppl.Dues/ Vacation | C A F | Ind.Pro./ CIFAC | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $6.58 | $2.14 | $5.00 | $0.00 | $0.62 | $0.40 | $0.06 | $0.11 | $14.91 | $35 or 15% | | 12% | $3.55 | $0.04 | $0.13 | |
| Jan-07 | 290.00 | 1,908.20 | 620.60 | 1,450.00 | 0.00 | 179.80 | 116.00 | 17.40 | 31.90 | 4,323.90 | 736.82 | 5,060.72 | 607.29 | 1,029.50 | 11.60 | 37.70 | 6,746.81 |
| Feb-07 | 195.00 | 1,283.10 | 417.30 | 975.00 | 0.00 | 120.90 | 78.00 | 11.70 | 21.45 | 2,907.45 | 541.31 | 3,448.76 | 379.36 | 692.25 | 7.80 | 25.35 | 4,553.52 |
| Mar-07 | 155.00 | 1,019.90 | 331.70 | 775.00 | 0.00 | 96.10 | 62.00 | 9.30 | 17.05 | 2,311.05 | 458.99 | 2,770.04 | 277.00 | 550.25 | 6.20 | 20.15 | 3,623.64 |
| Apr-07 | 158.00 | 1,039.64 | 338.12 | 790.00 | 0.00 | 97.96 | 63.20 | 9.48 | 17.38 | 2,355.78 | 465.16 | 2,820.94 | 253.88 | 560.90 | 6.32 | 20.54 | 3,662.59 |
| May-07 | 251.00 | 1,651.58 | 537.14 | 1,255.00 | 0.00 | 155.62 | 100.40 | 15.06 | 27.61 | 3,742.41 | 656.56 | 4,398.97 | 351.92 | 891.05 | 10.04 | 32.63 | 5,684.61 |
| Jun-07 | 162.00 | 1,065.96 | 346.68 | 810.00 | 0.00 | 100.44 | 64.80 | 9.72 | 17.82 | 2,415.42 | 473.40 | 2,888.82 | 202.22 | 575.10 | 6.48 | 21.06 | 3,693.67 |
| Jul-07 | 180.00 | 1,243.80 | 385.20 | 1,080.00 | 0.00 | 111.60 | 72.00 | 10.80 | 19.80 | 2,923.20 | 546.35 | 3,469.55 | 208.17 | 639.00 | 7.20 | 23.40 | 4,347.32 |
| Aug-07 | 154.00 | 1,064.14 | 329.56 | 924.00 | 0.00 | 95.48 | 61.60 | 9.24 | 16.94 | 2,500.96 | 487.66 | 2,988.62 | 149.43 | 546.70 | 6.16 | 20.02 | 3,710.93 |
| Sep-07 | 156.50 | 1,081.42 | 334.91 | 939.00 | 0.00 | 97.03 | 62.60 | 9.39 | 17.22 | 2,541.56 | 493.30 | 3,034.86 | 121.39 | 555.58 | 6.26 | 20.35 | 3,738.43 |
| Oct-07 | 157.00 | 1,084.87 | 335.98 | 942.00 | 0.00 | 97.34 | 62.80 | 9.42 | 17.27 | 2,549.68 | 494.43 | 3,044.11 | 91.32 | 557.35 | 6.28 | 20.41 | 3,719.47 |
| Nov-07 | 283.50 | 1,958.99 | 606.69 | 1,701.00 | 0.00 | 175.77 | 113.40 | 17.01 | 31.19 | 4,604.04 | 780.00 | 5,384.04 | 107.68 | 1,006.43 | 11.34 | 36.86 | 6,546.35 |
| Dec-07 | 154.00 | 1,064.14 | 329.56 | 924.00 | 0.00 | 95.48 | 61.60 | 9.24 | 16.94 | 2,500.96 | 487.66 | 2,988.62 | 29.89 | 548.70 | 6.16 | 20.02 | 3,593.39 |
| Subtotal | 1,085.00 | 7,497.35 | 2,321.90 | 6,510.00 | 0.00 | 672.70 | 434.00 | 65.10 | 119.35 | 17,620.40 | 3,289.39 | 20,909.79 | 707.89 | 3,851.75 | 43.40 | 141.05 | 25,653.88 |
| | | | | | | | | | | | | | | | | | |
| TOTAL | 2,296.00 | $15,465.73 | $4,913.44 | $12,565.00 | $0.00 | $1,423.52 | $918.40 | $137.76 | $252.56 | $35,676.41 | $6,621.63 | $42,298.04 | $2,779.56 | $8,150.80 | $91.84 | $298.48 | $53,618.72 |

**EMPLOYER:**     Powell Drilling & Pile Driving - #21-67491-24

**RE:**     2008 Account Summary

Unreported Employees

| Mo./Yr. | Hours | Health & Welfare | Retiree Health & Welfare | Pension | Appr. Pension | Affirm Action | Annuity | I S F | JPC/ MAC | Subtotal | Liquidated Damages | Subtotal | Interest | Suppl.Dues/ Vacation | C A F | Ind.Pro./ CIFAC | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | $6.91 | $2.14 | $6.00 | $0.00 | $0.62 | $0.40 | $0.06 | $0.11 | $16.24 | $35 or 15% |  | 12% | $3.55 | $0.04 | $0.13 | $169.96 |
| Jan-08 | 170.00 | 1,174.70 | 363.80 | 1,020.00 | 0.00 | 105.40 | 66.00 | 10.20 | 18.70 | 2,760.80 | 523.78 | 3,284.58 | 0.00 | 603.50 | 6.80 | 22.10 | 3,916.98 |
| Feb-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mar-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apr-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| May-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jun-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Subtotal | 170.00 | 1,174.70 | 363.80 | 1,020.00 | 0.00 | 105.40 | 68.00 | 10.20 | 18.70 | 2,760.80 | 523.78 | 3,284.58 | 0.00 | 603.50 | 6.80 | 22.10 | 3,916.98 |
|  |  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35 or 15% |  | 12% | $0.00 | $0.00 | $0.00 | $0.00 |
| Jul-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Aug-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sep-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Oct-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Nov-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dec-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Subtotal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 170.00 | $1,174.70 | $363.80 | $1,020.00 | $0.00 | $105.40 | $68.00 | $10.20 | $18.70 | $2,760.80 | $523.78 | $3,284.58 | $0.00 | $603.50 | $6.80 | $22.10 | $3,916.98 |

**Operating Engineers Local Union No. 3 Trust Funds**    **Unreported Employees**

Report of Contributions Due from

| Employer: | **Powell Drilling & Pile Driving** | | |
|---|---|---|---|

**2006 - Exhibit 1**

| Account # | 21 | 67491 | 24 |
|---|---|---|---|

Inspection Period: November 1, 2006 through January 31, 2008

| Employee S.S. Number | Work Month | Hours Per Audit | Hours Reported | Hours Difference | Contribution Rate | Principal | Comments |
|---|---|---|---|---|---|---|---|
| McCurry, H | | | | | | | |
| 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 | Nov | 44.0 | 0.0 | 44.0 | $18.63 | $819.72 | |
| | Dec | 36.0 | 0.0 | 36.0 | $18.63 | $670.68 | |
| | | ----- | ----- | ------ | | ----- | |
| | | 80.0 | 0.0 | 80.0 | | $1,490.40 | |
| | | | | | | | |
| Rancourt, B. | | | | | | | |
| 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 | Nov | 44.0 | 0.0 | 44.0 | $18.63 | $819.72 | |
| | Dec | 146.0 | 0.0 | 146.0 | $18.63 | $2,719.98 | |
| | | ----- | ----- | ------ | | ----- | |
| | | 190.0 | 0.0 | 190.0 | | $3,539.70 | |
| | | | | | | | |
| Frank, C. | | | | | | | |
| 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 | Dec | 126.0 | 0.0 | 126.0 | $18.63 | $2,347.38 | |
| | | ----- | ----- | ------ | | ----- | |
| | | 126.0 | 0.0 | 126.0 | | $2,347.38 | |
| | | | | | | | |
| | Totals | 396.00 | 0.00 | 396.00 | | $7,377.48 | |

**Operating Engineers Local Union No. 3 Trust Funds**                    **Unreported Employees**

Report of Contributions Due from

**Employer:**          **Powell Drilling & Pile Driving**

**Account #**          | 21 | 67491 | 24 |                              **2007 -  Exhibit 2**

**Inspection Period: November 1, 2006 throughJanuary 31, 2008**

| Employee<br>S.S. Number | Work<br>Month | Hours<br>Per Audit | Hours<br>Reported | Hours<br>Difference | Contribution<br>Rate | Principal | Comments |
|---|---|---|---|---|---|---|---|
| Faderighi, Thomas | | | | | | | |
| 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 | Sep | 60.5 | 0.0 | 60.5 | $19.96 | $1,207.58 | |
| | Oct | 76.0 | 0.0 | 76.0 | $19.96 | $1,516.96 | |
| | Nov | 122.5 | 0.0 | 122.5 | $19.96 | $2,445.10 | |
| | Dec | 56.0 | 0.0 | 56.0 | $19.96 | $1,117.76 | |
| | | ------ | ----- | ------ | | ----- | |
| | | 315.0 | 0.0 | 315.0 | | $6,287.40 | |
| | | | | | | | |
| Frank, Corenna | | | | | | | |
| 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 | Jan | 101.5 | 0.0 | 101.5 | $18.63 | $1,890.95 | |
| | | ----- | ----- | ------ | | ----- | |
| | | 101.5 | 0.0 | 101.5 | | $1,890.95 | |
| | | | | | | | |
| Greco, Jonathan | | | | | | | |
| 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 | May | 81.0 | 0.0 | 81.0 | $18.63 | $1,509.03 | |
| | Jun | 54.0 | 0.0 | 54.0 | $18.63 | $1,006.02 | |
| | Jul | 76.0 | 0.0 | 76.0 | $19.96 | $1,516.96 | |
| | Aug | 40.0 | 0.0 | 40.0 | $19.96 | $798.40 | |
| | Sep | 56.0 | 0.0 | 56.0 | $19.96 | $1,117.76 | |
| | | ----- | ----- | ------ | | ----- | |
| | | 307.0 | 0.0 | 307.0 | | $5,948.17 | |
| | | | | | | | |
| Mackey, Steven | | | | | | | |
| 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 | Jul | 52.0 | 0.0 | 52.0 | $19.96 | $1,037.92 | |
| | | ----- | ----- | ------ | | ----- | |
| | | 52.0 | 0.0 | 52.0 | | $1,037.92 | |

**Operating Engineers Local Union No. 3 Trust Funds**    **Unreported Employees**

Report of Contributions Due from

**Employer:**    **Powell Drilling & Pile Driving**

**Account #**    | 21 | 67491 | 24 |    **2007 - Exhibit 2**

**Inspection Period: November 1, 2006 through January 31, 2008**

| Employee S.S. Number | Work Month | Hours Per Audit | Hours Reported | Hours Difference | Contribution Rate | Principal | Comments |
|---|---|---|---|---|---|---|---|
| McCurry, Holly | | | | | | | |
| 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 | Jan | 60.5 | 0.0 | 60.5 | $18.63 | $1,127.12 | |
| | Feb | 101.0 | 0.0 | 101.0 | $18.63 | $1,881.63 | |
| | Mar | 56.0 | 0.0 | 56.0 | $18.63 | $1,043.28 | |
| | Apr | 108.0 | 0.0 | 108.0 | $18.63 | $2,012.04 | |
| | May | 38.0 | 0.0 | 38.0 | $18.63 | $707.94 | |
| | Jun | 30.0 | 0.0 | 30.0 | $18.63 | $558.90 | |
| | Jul | 44.0 | 0.0 | 44.0 | $19.96 | $878.24 | |
| | Aug | 68.0 | 0.0 | 68.0 | $19.96 | $1,357.28 | |
| | Sep | 32.0 | 0.0 | 32.0 | $19.96 | $638.72 | |
| | Oct | 49.0 | 0.0 | 49.0 | $19.96 | $978.04 | |
| | Nov | 143.0 | 0.0 | 143.0 | $19.96 | $2,854.28 | |
| | Dec | 98.0 | 0.0 | 98.0 | $19.96 | $1,956.08 | |
| | | ----- | ----- | ------ | | ----- | |
| | | 827.5 | 0.0 | 827.5 | | $15,993.55 | |
| | | | | | | | |
| Powell, Marcus | | | | | | | |
| 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 | Oct | 32.0 | 0.0 | 32.0 | $19.96 | $638.72 | |
| | Nov | 18.0 | 0.0 | 18.0 | $19.96 | $359.28 | |
| | | ----- | ----- | ------ | | ----- | |
| | | 50.0 | 0.0 | 50.0 | | $998.00 | |
| | | | | | | | |
| Rancourt, Bobbie J. | | | | | | | |
| 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 | Jan | 128.0 | 0.0 | 128.0 | $18.63 | $2,384.64 | |
| | Feb | 94.0 | 0.0 | 94.0 | $18.63 | $1,751.22 | |
| | Mar | 99.0 | 0.0 | 99.0 | $18.63 | $1,844.37 | |
| | Apr | 50.0 | 0.0 | 50.0 | $18.63 | $931.50 | |
| | May | 93.0 | 0.0 | 93.0 | $18.63 | $1,732.59 | |
| | Jun | 40.0 | 0.0 | 40.0 | $18.63 | $745.20 | |
| | | ----- | ----- | ------ | | ----- | |
| | | 504.0 | 0.0 | 504.0 | | $9,389.52 | |

**Operating Engineers Local Union No. 3 Trust Funds**    **Unreported Employees**

Report of Contributions Due from

**Employer:**    **Powell Drilling & Pile Driving**

**Account #**    | 21 | 67491 | 24 |    **2007 - Exhibit 2**

**Inspection Period: November 1, 2006 through January 31, 2008**

| Employee S.S. Number | Work Month | Hours Per Audit | Hours Reported | Hours Difference | Contribution Rate | Principal | Comments |
|---|---|---|---|---|---|---|---|
| Rowell, Scott | | | | | | | |
| 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 | May | 39.0 | 0.0 | 39.0 | $18.63 | $726.57 | |
| | Jun | 38.0 | 0.0 | 38.0 | $18.63 | $707.94 | |
| | Jul | 8.0 | 0.0 | 8.0 | $19.96 | $159.68 | |
| | Aug | 46.0 | 0.0 | 46.0 | $19.96 | $918.16 | |
| | Sep | 8.0 | 0.0 | 8.0 | $19.96 | $159.68 | |
| | | ----- | ----- | ----- | | ----- | |
| | | 139.0 | 0.0 | 139.0 | | $2,672.03 | |
| | Totals | 2,296.00 | 0.00 | 2,296.00 | | $44,217.53 | |

**Operating Engineers Local Union No. 3 Trust Funds**                    **Unreported Employees**

Report of Contributions Due from

**Employer:**        **Powell Drilling & Pile Driving**

**Account #**      | 21 | 67491 | 24 |                                    **2007 - Exhibit 3**

**Inspection Period: November 1, 2006 through January 31, 2008**

| Employee<br>S.S. Number | Work<br>Month | Hours<br>Per Audit | Hours<br>Reported | Hours<br>Difference | Contribution<br>Rate | Principal | Comments |
|---|---|---|---|---|---|---|---|
| Faderighi, T<br>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 | Jan | 62.0 | 0.0 | 62.0 | $19.96 | $1,237.52 | |
| | | ----- | ----- | ----- | | ----- | |
| | | 62.0 | 0.0 | 62.0 | | $1,237.52 | |
| | | | | | | | |
| McCurry, H.<br>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 | Jan | 84.0 | 0.0 | 84.0 | $19.96 | $1,676.64 | |
| | | ----- | ----- | ----- | | ----- | |
| | | 84.0 | 0.0 | 84.0 | | $1,676.64 | |
| | | | | | | | |
| Rowell, S.<br>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 | Jan | 24.0 | 0.0 | 24.0 | $19.96 | $479.04 | |
| | | ----- | ----- | ----- | | ----- | |
| | | 24.0 | 0.0 | 24.0 | | $479.04 | |
| | | | | | | | |
| Totals | | 170.00 | 0.00 | 170.00 | | $3,393.20 | |