Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br>v.<br><br>JOSEPH FRANCIS POWELL, individually and dba POWELL DRILLING & PILE DRIVING,<br><br>Defendant. | Case No.: C07-5191 CRB<br><br>**DECLARATION OF MURIEL B. KAPLAN IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date:      June 27, 2008<br>Time:      10:00 a.m.<br>Location:  450 Golden Gate Avenue<br>           San Francisco, CA<br>Courtroom: 8, 19th Floor<br>Judge:     The Hon. Charles R. Breyer |

I, Muriel B. Kaplan, declare:

1.   I am an attorney at law licensed to practice in the State of California, and am a shareholder of Saltzman and Johnson Law Corporation, attorneys for plaintiffs herein.

2.   Plaintiffs are Trustees of employee benefit plans, whose Trust Agreements are incorporated into the Independent Northern California Construction Agreement of the Operating

Engineers Local Union No. 3 of the International Union of Operating Engineers, AFL-CIO (hereinafter "Master Agreement"), to which defendants are signatory. A true an accurate copy of that Agreement is attached as Exhibit A to the *Declaration of Wayne E. McBride*, and incorporated herein by reference, submitted in support of this Motion.

3.     Plaintiff Trust Funds are funds organized under and pursuant to the provisions of Section 302(c)(5), 302(c)(6) and 302(c)(9) of the Labor Management Relations Act of 1947, as amended. 29 U.S.C. 186(c)(50, 186(c)(6) and 186(c)(9). The principal offices of the Trust Funds are in the City and County of Alameda, State of California.

4.     This matter was referred to this office on or about September 19, 2007. Attorneys' fees totaling $5,224.50 were incurred from September 20, 2007 to May 13, 2008, for reviewing the records of the claim; correspondence with defendants; preparation, filing and service of the Complaint; for conferences and correspondence with clients, plaintiffs' Collection Manager and defendant's manager, Mark Powell; for preparation of the Request for Default; and for preparation of a Motion for Default Judgment, supporting declarations and proposed judgment, in or about January 2008. That Motion was not filed while settlement was being discussed and Defendant made some payments, promising satisfaction in full in March, 2008.  When only promises remained, this Motion was revised, incurring further attorneys' fees.

I personally have spent 15.3 hours from September 20, 2007 to May 12, 2008, when my time was billed at the rate of $185 per hour, in connection herewith. My attorneys' fees were reasonably incurred in the total amount of $2830.50.

I am informed and believe that Michele R. Stafford, an associate in this firm, spent 0.70 hours from September 20, 2007 to May 12, 2008 when her time was billed at the rate of $180.00 per hour, in connection with the above stated activities regarding this matter.  The attorneys' fees reasonably incurred by Ms. Stafford therefore total $126.00.

I am informed and believe that paralegals with this firm spent a total of 21.6 hours from September 20, 2007 to May 13, 2008 in connection with the above stated activities regarding this matter, as well as electronic research, electronic filings and service of documents. Paralegal Vanessa de Fábrega spent 15.4 hours; paralegal Andrea Gonzalez spent 2.2 hours; and paralegal Diana Sage spent 4 hours, and their time was billed at the rate of $105.00 per hour. The attorneys' fees reasonably incurred by the paralegals total $2268.00.

The attorneys' fees reasonably incurred through May 13, 2008 by plaintiffs therefore total $5,224.50.

5. The costs that were incurred by plaintiffs in connection with this action are:

| | |
|---|---|
| Filing Fee | $350.00 |
| Personal Service | $238.00 |
| Total | $588.00 |

6. The default of Joseph Francis Powell, individually and dba Powell Drilling & Pile Driving, was entered on December 21, 2007.

7. Thereafter, February, 2008 contributions were reported but unpaid, and Defendant has failed to report or pay contributions due for March and April, 2008. See *Declaration of Wayne McBride.* Plaintiffs therefore claim those payments, liquidated damages and interest estimated on the contributions last reported, in February, 2008, in accordance with Trust practice.

I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

Executed this 23rd day of May, 2008, at San Francisco, California.

_____/s/_____
Muriel B. Kaplan

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 23, 2008, I served the following document(s):

**DECLARATION OF MURIEL B. KAPLAN IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Powell Drilling & Pile Driving**　　**Mark Powell**
**c/o Joseph Francis Powell**　　**390 Western States Drive**
**390 Western States Drive**　　**Felton, CA 95018**
**Felton, CA 95018**

**Joseph Francis Powell**
**1635 Cedar Haven Way**
**Newport, TN 37821-6974**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23rd day of May, 2008, at San Francisco, California.

```
               _____/s/_____
                    Diana Sage
```

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\Powell - Motion for Default Judgment\C07-5191 CRB Declaration of M. Kaplan 051908.doc