Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br>v.<br><br>JOSEPH FRANCIS POWELL, individually and dba POWELL DRILLING & PILE DRIVING,<br><br>Defendant. | Case No.: C07-5191 CRB<br><br>**[PROPOSED] JUDGMENT** |

Defendant, JOSEPH FRANCIS POWELL, individually and dba POWELL DRILLING & PILE DRIVING, having failed to plead or otherwise defend in this action and its default having been entered:

Now, upon application of the plaintiffs and upon declaration that defendant has failed and refused to pay employee contributions found due on audit of November 1, 2006 to January 31, 2008 and liquidated damages, plus interest on the contributions and liquidated damages combined

1

**[PROPOSED] JUDGMENT**
**CASE NO.: C07-5191 CRB**

under the terms of the Collective Bargaining Agreement and Trust Agreements; that defendant has been defaulted for failure to appear, and that defendant is neither an infant nor incompetent person, nor in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that defendant JOSEPH FRANCIS POWELL, individually and dba POWELL DRILLING & PILE DRIVING shall promptly pay to plaintiffs all sums due and owing under the terms of the Collective Bargaining Agreement and Trust Agreements as amended and incorporated therein, according to proof, as follows:

| | |
|---|---:|
| Contributions on audit for 11/1/06 to 1/31/08 | $54,988.21 |
| Payments made | {$26,000} |
| 15% Liquidated damages | $8,247.13 |
| 12% Interest to 2/20/08 | $3706.75 |
| Audit Costs:<br>   Rancourt time cards:   $230.21<br>   Payroll audit:   $1420.50<br>   Total audit costs   $1650.71 | $1,650.71 |
| Contributions 2/08 | $7,325.32 |
|   15% Liquidated damages 2/08 | $1,003.51 |
|   12% Interest (1/08 to 2/08 through 5/15/08 | $995.21 |
| Contributions 3/08 (Est.) | $7,325.32 |
|   15% Liquidated damages 3/08 (Est.) | $1,003.51 |
|   12% Interest 3/08 through 5/15/08 (Est.) | $54.80 |
| Attorneys' fees 9/20/07 to 5/12/08 | $5,224.50 |
| Costs | $588.00 |
| **TOTAL** | **$66,112.97** |

IT IS FURTHER ORDERED that plaintiffs be awarded interest on combined contributions and liquidated damages at the rate of twelve percent (12%) from May 15, 2008 to date of satisfaction of judgment, and post judgment interest on the balance, and that the Court shall retain jurisdiction of this action.

Dated:_____    _____
                                                              CHARLES R. BREYER
                                                              UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] JUDGMENT
CASE NO.: C07-5191 CRB

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\Powell - Motion for Default Judgment\C07-5191 CRB Proposed Judgment 052308.doc

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 23, 2008 I served the following document(s):

**[PROPOSED] JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Powell Drilling & Pile Driving**
**c/o Joseph Francis Powell**
**390 Western States Drive**
**Felton, CA 95018**

**Mark Powell**
**390 Western States Drive**
**Felton, CA 95018**

**Joseph Francis Powell**
**1635 Cedar Haven Way**
**Newport, TN 37821-6974**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23rd day of May, 2008, at San Francisco, California.

_____/s/_____
Diana Sage