**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | No. C 07-05191 CRB |
| Plaintiffs, | **Clerk's Notice** |
| v. | |
| JOSEPH POWELL, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has rescheduled the case management conference currently on calendar for July 11, 2008 to **Friday, June 27, 2008 at 10:00 a.m.** to be held with the motion before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 24, 2008                           FOR THE COURT,

                                                               Richard W. Wieking, Clerk
                                                               By: _____
                                                               Barbara Espinoza
                                                               Courtroom Deputy