IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE et al.,

    Plaintiffs,

v.

JOSEPH POWELL, individually and doing business as POWELL DRILLING & PILE DRIVING,

    Defendant.

_____/

No. C 07-05191 CRB

**ORDER**

This is an ERISA action for unpaid contributions to the Operating Engineers Local Union No. 3 Trust Funds. Now before the Court is plaintiffs' motion for default judgment. Defendant has not responded to plaintiffs' motion even though the deadline has passed. See Northern District of California Civil Local Rule 7-3(a). After carefully considering the papers filed by plaintiffs, the Court concludes that oral argument is unnecessary, see id. Rule 7-1(b), and GRANTS the motion for default judgment.

## BACKGROUND

Plaintiffs filed this ERISA action in October 2007 to recover unpaid contributions owed to the Trust Funds, plus liquidated damages, interest, and attorney's fees and costs. A proof of service was filed with the Court on October 25, 2007. Defendant failed to answer or otherwise respond to the complaint and default was entered on December 21, 2007.

Plaintiffs now move for a default judgment.

Plaintiffs' evidence establishes that defendant has failed to make required contributions during the period November 1, 2006 through January 31, 2008 in the total amount of $54,988.21. After being contacted by plaintiffs, defendant paid $26,000. Defendant still owes $8247.13 in liquidated damages, $3,706.75 in interest, and $1,650.71 in audit costs.

Defendant has also failed to make any payments for February 2008 in the total amount of $7,325.32 with liquidated damages of $1,003.51 and interest of $995.21; nor has he made any payments for March 2008 in the total amount of $7,325.32 with liquidated damages of $1,003.51 and interest owed of $54.80. The evidence also proves that defendant owes plaintiffs $5,224.50 in attorney's fees and $588.00 in costs.

## DISCUSSION

ERISA provides that

> [e]very employer who is obligated to make contributions to a multiemployer plan under the terms of a collectively bargained agreement shall to the extent not inconsistent with law, make such contributions in accordance with the terms and conditions of such plan or such agreement.

29 U.S.C. § 1145. ERISA also authorizes an award of interest on delinquent and unpaid contributions, as well as liquidated damages and attorney's fees and costs in an action for collection of contributions. See 29 U.S.C. § 1132(g). In the Ninth Circuit, to qualify for an award of statutory liquidated damages, unpaid contributions must exist at the time the lawsuit was filed. See Idaho Plumbers & Pipe Fitters Health and Welfare Fund v. United Mechanical Contractors, Inc., 875 F.2d 212, 215 (9th Cir.1989). This requirement is satisfied here.

As the allegations of the complaint are accepted as true, and as the evidence establishes that defendant owes plaintiffs a sum certain, plaintiffs' motion for a default judgment is GRANTED in the total amount of $66,112.97. The Court will issue a judgment

//
//

2

in accordance with this Order.

**IT IS SO ORDERED.**

Dated: June 24, 2008

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE