IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE et al., | No. C 07-05191 CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| JOSEPH POWELL, individually and doing business as POWELL DRILLING & PILE DRIVING, | |
| Defendant. | |

The Court having granted plaintiffs' motion for default judgment by Order filed June 24, 2008, judgment is entered in favor of plaintiffs and against defendant in the total amount of $66,112.97, plus interest on the unpaid contributions and liquidated damages at the rate of 12 percent from May 15, 2008 to the date of this judgment.

**IT IS SO ORDERED.**

Dated: June 24, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\5191\judgment.wpd