Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>JOSEPH FRANCIS POWELL, individually and dba POWELL DRILLING & PILE DRIVING<br><br>         Defendants. | Case No.: C07-5191 CRB<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 24, 2008, I served the following document(s):

- **Order**
- **Judgment**

**PROOF OF SERVICE**
**Case No.: C07-5191 CRB**

P:\CLIENTS\OE3CL\Powell Drilling\Pleadings\C07-5191 CRB Proof of Service 062408.DOC

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:
4
5      Powell Drilling & Pile Driving    Powell Drilling & Pile Driving
    c/o Joseph Francis Powell       c/o Mark Powell
6      390 Western States Drive        390 Western States Drive
    Felton, California 95018         Felton, California 95018
7
8      Joseph Francis Powell
    1635 Cedar Haven Way
9      Newport, Tennessee 37821-6974

10     I declare under penalty of perjury that the foregoing is true and correct and that this
11  declaration was executed on this 24th day of June, 2008, at San Francisco, California.
12
13
14                                                           _____/s/_____
                                                            Vanessa de Fábrega
15
16
17
18
19
20
21
22
23
24
25
26
27
28